Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
rperkins@swlaw.com
kbeverly@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, an individual; ADVANCED TELEPHONY CONSULTANTS; MRZ MANAGEMENT, LLC; DONOR RELATIONS, LLC; TPFE, INC.; AMERICAN TECHNOLOGY SERVICES; COMPLIANCE CONSULTANTS; CHROME BUILDERS CONSTRUCTION, INC.; UNIFIED DATA SERVICES;<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.;<br><br>Defendant. | Case No.: 2:18-cv-01919-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO NOVEMBER 16, 2018**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiffs Richard Zeitlin; Advanced Telephony Consultants; MRZ Management, LLC; Donor Relations, LLC; TPFE, Inc.; American Technology Services; Compliance Consultants; Chrome Builders Construction, Inc.; and Unified Data Services (the "Plaintiffs") and Defendant Bank of America, N.A. ("BANA"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order for the extension of BANA's deadline to respond to Plaintiffs' Complaint in this action (the "Complaint") to

November 16, 2018.

Plaintiff filed the Complaint in this Court on October 5, 2018;

BANA's deadline to respond to the Complaint is currently October 30, 2018; and

This is the Parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give BANA time to evaluate and respond to the allegations set forth in the Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for BANA to respond to the Complaint in this action is extended to and through November 16, 2018.

Dated: October 22, 2018                    Dated: October 22, 2018

COOPER LEVENSON, P.A.                     SNELL & WILMER L.L.P.

By: */s/ Joel F. Hansen (with permission)*   By: */s/ Kiah D. Beverly-Graham*
Joel F. Hansen, Esq. (NV Bar 1876)         Amy F. Sorenson (NV Bar 12495)
1835 Village Center Circle                 Robin E. Perkins (NV Bar 9891)
Las Vegas, Nevada 89134                    Kiah D. Beverly-Graham (NV Bar 11916)
                                           3883 Howard Hughes Pkwy, Ste 1100
*Attorneys for Plaintiffs*                 Las Vegas, Nevada 89169

                                           *Attorneys for Bank of America, N.A.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 24, 2018

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO NOVEMBER 16, 2018 (FIRST REQUEST)** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: October 22, 2018

                                       */s/ Lara J. Taylor*
                                       An Employee of Snell & Wilmer L.L.P.