Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
        rperkins@swlaw.com
        kbeverly@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD ZEITLIN, an individual; ADVANCED TELEPHONY CONSULTANTS; MRZ MANAGEMENT, LLC; DONOR RELATIONS, LLC; TPFE, INC.; AMERICAN TECHNOLOGY SERVICES; COMPLIANCE CONSULTANTS; CHROME BUILDERS CONSTRUCTION, INC.; UNIFIED DATA SERVICES;<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.;<br><br>Defendant. | Case No.: 2:18-cv-01919-RFB-CWH<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Bank of America, N.A. ("BANA"), states that BANA is a national banking association chartered under the laws of the United States with a main office and principal place of business in North Carolina. BANA is a wholly-owned subsidiary of Bank of America Holding Corporation. BANA is an indirect subsidiary of Bank of America Corporation, a publicly traded

1 | corporation.

2 | Dated: December 14, 2018               SNELL & WILMER L.L.P.

By: */s/ Kiah D. Beverly-Graham*
Amy F. Sorenson (NV Bar 12495)
Robin E. Perkins (NV Bar 9891)
Kiah D. Beverly-Graham (NV Bar 11916)
3883 Howard Hughes Pkwy, Ste 1100
Las Vegas, Nevada  89169

*Attorneys for Bank of America, N.A.*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702-784-5200

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PARTIES** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: December 14, 2018

                                           */s/ Lara J. Taylor*
                                           An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702-784-5200