Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email:  asorenson@swlaw.com
         bgriffith@swlaw.com
         kbeverly@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES, <br><br>Plaintiffs, <br><br>v. <br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100, <br><br>Defendants. | Case No.: 2:18-cv-01919-RFB-CWH <br><br>**NOTICE OF APPEARANCE** |

///

4837-4542-2738

1    PLEASE TAKE NOTICE that Blakeley E. Griffith, Esq. of the law firm of Snell & Wilmer
2    L.L.P. will be appearing as counsel for Defendant Bank of America, N.A. in the above-entitled
3    action.
4    DATED this 3rd day of April 2019.

SNELL & WILMER L.L.P.

By:  /s/ Blakeley E. Griffith
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 10109
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Bank of America, N.A.*

- 2 -

4837-4542-2738

## CERTIFICATE OF SERVICE

I certify that on this day a copy of the foregoing was served by the Court's CM/ECF system on counsel of record for all parties to this action.

DATED: April 9, 2019.

>							/s/ Gaylene Kim
>							An employee of Snell & Wilmer L.L.P.

4837-4542-2738