**ROBERT G. BERNHOFT, ESQ**
Wisconsin Bar No. 1032777
**THE BERNHOFT LAW FIRM, S.C.**
1402 E. Cesar Chavez Street
Austin, Texas 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
rgbernhoft@bernhoftlaw.com

**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Avenue, #210
(702) 906-1300 office
(702) 366-1857: facsimile
efile@hansenlawyers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A. and JOHN and JANE DOES 1-100, <br><br> Defendants. | Case No. 2:18-cv-01919-RFB-CWH <br><br> **STIPULATION TO EXTEND TIME TO FILE PROPOSED SCHEDULING ORDER** <br> **(First Request)** |

Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services, (hereinafter the "Plaintiffs"), by and through undersigned counsel of record files this Stipulation to Extend the Time to File the Joint Proposed

1

Scheduling Order. This stipulation is filed pursuant to LR 6-1 and 6-2. This is the first request for an extension of time to file the Joint Proposed Scheduling Order.

      Bank of America ("BOA") filed its Motion to Dismiss on November 16, 2018, (Doc. 16), and the Court ordered a hearing set for April 25, 2019, (Doc. 27). At the April 25, 2019 motion hearing the Court ordered the parties to submit a joint proposed scheduling order by May 10, 2019. (Doc. 28.) The undersigned counsel for the Plaintiffs ordered an expedited transcript so the parties could incorporate the discussion into the proposed scheduling order. The parties need additional time to review the transcript, exchange drafts of the proposed scheduling order and confer before filing the joint proposed scheduling order. Therefore, the parties have stipulated to a seven-day extension to file the joint proposed scheduling order from Friday, May 10 to Friday, May 17 and request the Court adopt this stipulation.

      Respectfully submitted on May 9, 2019.

THE BERNHOFT LAW FIRM, S.C.
Attorneys for the Plaintiffs

/s/ Robert G. Bernhoft
ROBERT G. BERNHOFT, ESQ.
Wisconsin Bar No. 1032777
1402 E. Cesar Chavez Street
Austin, Texas 78704

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED:    May 14, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION TO EXTEND TIME TO FILE PROPOSED SCHEDULING ORDER** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: May 9, 2019.

                                            /s/ Robert G. Bernhoft
                                             Attorney for Plaintiffs