Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada  89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
         bgriffith@swlaw.com
         kbeverly@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No.: 2:18-cv-01919-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES FOR BRIEFING ON DISCOVERY MOTIONS**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiffs Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services ("Plaintiffs") and Defendant Bank of America, N.A. ("BANA" and together with Plaintiffs the "Parties" and each a "Party"), through their counsel of record hereby stipulate to a modest

4844-3273-6191

extension of existing briefing deadlines in connection with (i) Plaintiffs' Motion to Compel Discovery and For Attorney's Fees (ECF No. 48), filed under seal on May 26, 2020 ("Motion to Compel") and (ii) Plaintiffs' Motion to Unseal Court Documents (ECF No. 52) filed on June 4, 2020 ("Motion to Unseal"). The Parties respectfully request the Court enter this Stipulation as an Order. In support of this request, the Parties represent as follows.

Plaintiffs' motions raise a number of complex issues of fact and law. The Parties agree that there is good cause for the modest extension of the briefing schedule requested herein in order to allow them further time to analyze these issues and prepare an appropriate response or papers in further support. In addition, the ongoing effects of the COVID-19 pandemic continue to affect the ability of the parties and their counsel to respond to the motions at issue. In particular, the BANA employees with the knowledge of the relevant facts continue to operate from a remote environment which limits ability to research the factual issues raised in the motion. Counsel faces similar issues, which also pose challenges related to child care.

The Parties agree that the foregoing constitutes good cause to extend the deadlines as requested herein. This is the Parties' second request for an extension of the deadlines related to the Motion to Compel and their first request for an extension of the deadlines related to the Motion to Unseal. The Parties agree that the requested extensions will not prejudice any Party. No deadline for which an extension is requested herein has expired.

Accordingly, the Parties agree there is good cause for entry of the following new deadlines:

1. BANA's time to file papers in response to the Motion to Compel is extended from June 16, 2020 to June 22, 2020;

2. Plaintiffs' time to file reply papers in further support of the Motion to Compel is extended from June 26, 2020 to July 2, 2020;

3. BANA's time to file papers in response to the Motion to Unseal is extended from June 18, 2020 to June 25, 2020;

4. Plaintiff's time to file reply papers in further support of the Motion to Unseal is extended from June 25, 2020 to July 6, 2020.

4844-3273-6191

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated:  June 15, 2020 | DATED:  June 15, 2020 |
| THE BERNHOFT LAW FIRM, S.C. | SNELL & WILMER L.L.P. |
| /s/ Robert G. Bernhoft (with permission) | /s/ Kiah D. Beverly-Graham |
| Robert G. Bernhoft, Esq.<br>Admitted *Pro Hac Vice*<br>Wisconsin Bar No. 1032777<br>Thomas E. Kimble, Esq.<br>Admitted *Pro Hac Vice*<br>Illinois Bar No. 6257935<br>Daniel James Treuden, Esq.<br>Wisconsin Bar No. 1052766<br>1402 E. Cesar Chavez Street<br>Austin, Texas 78702 | Amy F. Sorenson, Esq.<br>Nevada Bar No. 12495<br>Blakeley E. Griffith, Esq.<br>Nevada Bar No. 12386<br>Kiah D. Beverly-Graham, Esq.<br>Nevada Bar No. 11916<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendant Bank of America, N.A.* |

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada  89129
*Attorneys for Plaintiffs*

## ORDER

**IT IS HEREBY ORDERED** that BANA's time to file papers in response to the Motion to Compel is extended from June 16, 2020 to June 22, 2020;

**IT IS FURTHER ORDERED** that Plaintiffs' time to file reply papers in further support of the Motion to Compel is extended from June 26, 2020 to July 2, 2020;

**IT IS FURTHER ORDERED** that BANA's time to file papers in response to the Motion to Unseal is extended from June 18, 2020 to June 25, 2020; and

**IT IS FURTHER ORDERED** that Plaintiff's time to file reply papers in further support of the Motion to Unseal is extended from June 25, 2020 to July 6, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 16, 2020

- 3 -

4844-3273-6191

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING DEADLINES FOR BRIEFING ON DISCOVERY MOTIONS (SECOND REQUEST)** with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: June 15, 2020

                               */s/ Lara J. Taylor*
                               An Employee of Snell & Wilmer L.L.P.

4844-3273-6191