1   Amy F. Sorenson, Esq.
    Nevada Bar No. 12495
2   Blakeley E. Griffith, Esq.
    Nevada Bar No. 12386
3   Kiah D. Beverly-Graham, Esq.
    Nevada Bar No. 11916
4   SNELL & WILMER L.L.P.
    3883 Howard Hughes Pkwy, #1100
5   Las Vegas, Nevada  89169
6   Telephone: 702-784-5200
    Facsimile: 702-784-5252
7   Email: asorenson@swlaw.com
            bgriffith@swlaw.com
8           kbeverly@swlaw.com

9   *Attorneys for Defendant Bank of America, N.A.*

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12

13

14   RICHARD ZEITLIN, ADVANCED              Case No.: 2:18-cv-01919-RFB-DJA
     TELEPHONY CONSULTANTS, MRZ
15   MANAGEMENT, LLC, DONOR                 **STIPULATION AND ORDER**
     RELATIONS, LLC, TPFE, INC., AMERICAN   **EXTENDING DEADLINES FOR**
16   TECHNOLOGY SERVICES, COMPLIANCE        **BRIEFING ON MOTION TO**
     CONSULTANTS, CHROME BUILDERS           **UNSEAL**
17   CONSTRUCTION, INC., and UNIFIED
     DATA SERVICES,                         **(SECOND REQUEST)**

18                  Plaintiffs,

19   v.

20   BANK OF AMERICA, N.A., and JOHN and
     JANE DOES 1-100,
21
22                  Defendants.

23

24          Pursuant to Local Rule IA 6-1, Plaintiffs Richard Zeitlin, Advanced Telephony

25   Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology

26   Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services

27   ("Plaintiffs") and Defendant Bank of America, N.A. ("BANA" and together with Plaintiffs the

28   "Parties" and each a "Party"), through their counsel of record hereby stipulate to a modest

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702-784-5200

4835-8477-1521

1  extension of existing briefing deadlines in connection with Plaintiffs' Motion to Unseal Court

2  Documents (ECF No. 52) filed on June 4, 2020 ("Motion to Unseal"). The Parties respectfully

3  request the Court enter this Stipulation as an Order. In support of this request, the Parties

4  represent as follows.

5       Plaintiffs' motions raise a number of complex issues of fact and law. The Parties agree

6  that there is good cause for the modest extension of the briefing schedule requested herein in

7  order to allow them further time to analyze these issues and prepare an appropriate response or

8  papers in further support. In addition, the ongoing effects of the COVID-19 pandemic continue to

9  affect the ability of the parties and their counsel to respond to the motions at issue. In particular,

10  the BANA employees with the knowledge of the relevant facts continue to operate from a remote

11  environment which limits ability to research the factual issues raised in the motion. Counsel faces

12  similar issues, which also pose challenges related to child care.

13       The Parties agree that the foregoing constitutes good cause to extend the deadlines as

14  requested herein. This is the Parties' second request for the extension of these deadlines. The

15  Parties recognize that a prior extension has been granted, and they have made best efforts to

16  submit the papers at issue in the time provided. However, despite those efforts, the brief

17  additional time requested herein is necessary.

18       The Parties agree that the requested extensions will not prejudice any Party. No deadline

19  for which an extension is requested herein has expired.

20       Accordingly, the Parties agree there is good cause for entry of the following new

21  deadlines:

22       1.     BANA's time to file papers in response to the Motion to Unseal is extended from

23  June 25, 2020 to July 2, 2020; and

24  ///

25  ///

26  ///

27  ///

28  ///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702-784-5200

- 2 -

4835-8477-1521

2.     Plaintiff's time to file reply papers in further support of the Motion to Unseal is extended from July 6, 2020 to July 13, 2020.

**IT IS SO STIPULATED**.

Dated:  June 22, 2020                                          DATED:  June 22, 2020

THE BERNHOFT LAW FIRM, S.C.              SNELL & WILMER L.L.P.

 */s/ Daniel J. Treuden (with permission)*       */s/ Kiah D. Beverly-Graham*
Robert G. Bernhoft, Esq.                              Amy F. Sorenson, Esq.
Admitted *Pro Hac Vice*                               Nevada Bar No. 12495
Wisconsin Bar No. 1032777                         Blakeley E. Griffith, Esq.
Thomas E. Kimble, Esq.                              Nevada Bar No. 12386
Admitted *Pro Hac Vice*                               Kiah D. Beverly-Graham, Esq.
Illinois Bar No. 6257935                              Nevada Bar No. 11916
Daniel James Treuden, Esq.                         3883 Howard Hughes Parkway, Suite 1100
Wisconsin Bar No. 1052766                         Las Vegas, NV 89169
1402 E. Cesar Chavez Street                        *Attorneys for Defendant Bank of America,*
Austin, Texas 78702                                    *N.A.*

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada  89129
*Attorneys for Plaintiffs*

## ORDER

**IT IS ORDERED** that BANA's time to file papers in response to the Motion to Unseal is extended from June 25, 2020 to July 2, 2020; and

**IT IS FURTHER ORDERED** that Plaintiff's time to file reply papers in further support of the Motion to Unseal is extended from July 6, 2020 to July 13, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___June 23, 2020_____

- 3 -

4835-8477-1521

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING DEADLINES FOR BRIEFING ON MOTION TO UNSEAL (SECOND REQUEST)** with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: June 22, 2020

 */s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4835-8477-1521