**DANIEL J. TREUDEN, ESQ**
Wisconsin Bar No. 1052766
**THE BERNHOFT LAW FIRM, S.C.**
1402 E. Cesar Chavez Street
Austin, Texas 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
djtreuden@bernhoftlaw.com

**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Avenue, #210
(702) 906-1300 office
(702) 366-1857: facsimile
efile@hansenlawyers.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No. 2:18-cv-01919-RFB-DJA<br><br>**JOINT STIPULATION TO EXTEND REPLY DEADLINE ON MOTION TO COMPEL DISCOVERY**<br>**(Third Request)** |

Pursuant to Local Rule IA 6-1, Plaintiffs Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services, (hereinafter the "Plaintiffs"), and the Defendant Bank of America (hereinafter "BANA"), by and through their respective attorneys of record, hereby jointly stipulate to modestly extend the Plaintiffs' deadline to file a Reply in support of the Motion to Compel. This is the third joint stipulation requesting an

1

extension of time to extend the deadlines in the briefing schedule involving the Plaintiffs' Motion to Compel. In support thereof, the Plaintiffs and BANA represent as follows:

In BANA's opposition brief, BANA represented that it was amenable to "provide the requested supplement" and to "amend its responses to Plaintiffs' RFPs to provide reasonable additional detail to its understanding of which documents are responsive to which requests." (Doc. 62, p. 19.) A review of these documents and amendments may moot portions of the Motion to Compel, and if that's the case, the Plaintiffs would like to note that fact in the Reply Brief. Additional time is necessary to exchange and review those documents.

Accordingly, the Parties agree that the foregoing constitutes good cause to extend the deadline to file the Reply Brief. This is the Parties' third request for an extension of the deadline related to the Motion to Compel. The Parties agree that the requested extension will not prejudice any Party. No deadline for which an extension is requested herein has expired.

Accordingly, the Parties agree there is good cause for entry of the following new deadline: Plaintiffs time to file Reply papers in further support of the Motion to Compel is extended from July 2, 2020 to July 13, 2020.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 29, 2020 | Dated: June 29, 2020 |
| THE BERNHOFT LAW FIRM, S.C. | SNELL & WILMER, L.L.P. |
| /s/ Daniel J. Treuden | /s/ Kiah D. Beverly-Graham |
| Daniel J. Treuden, Esq. | Amy F. Sorenson (NV Bar 12495) |
| Wisconsin Bar No. 1052766 | Blakeley E. Griffith, Esq. (NV Bar 12386) |
| 1402 E. Cesar Chavez Street | Kiah D. Beverly-Graham (NV Bar 11916) |
| Austin, Texas 78702 | 3883 Howard Hughes Pkwy, Ste. 1100 |
| | Las Vegas, Nevada 89169 |
| Attorney for Plaintiffs | |
| Appearing *pro hac vice* | *Attorneys for Bank of America, N.A.* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2020

2

**Certificate of Service**

I hereby certify that on June 29, 2020, I electronically filed and served the foregoing JOINT STIPULATION TO EXTEND REPLY DEADLINE ON MOTION TO COMPEL DISCOVERY with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

                                                      /s/ Daniel J. Treuden
                                                    Daniel J. Treuden
                                                    Attorney for Plaintiffs

3