Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada  89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
       bgriffith@swlaw.com
       kbeverly@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No.: 2:18-cv-01919-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR BANK OF AMERICA'S OPPOSITION TO PLAINTIFFS' OBJECTION TO ORDER DENYING MOTION TO COMPEL**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiffs Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services ("Plaintiffs") and Defendant Bank of America, N.A. ("BANA" and together with Plaintiffs the "Parties" and each a "Party"), through their counsel of record hereby stipulate to extend the

4850-6190-1771

deadline for BANA to file its Opposition to Plaintiffs' Objection to Magistrate Judge Albregts' Order Dated August 10, 2020 (ECF No. 78) (the "Objection") from September 15, 2020 to and through September 22, 2020. The Objection was filed on August 24, 2020. The Parties respectfully request the Court enter this Stipulation as an Order.

The reason for this extension is to allow BANA additional time to analyze and respond to Plaintiffs' Objection, which raises a number of complex legal issues. The Parties agree that this constitutes good cause to extend the deadline as requested herein and that the extension will not prejudice any Party. This is the Parties' second request for the extension of the deadline.

The Parties' first request was submitted by Stipulation on September 9, 2020 (ECF No. 79). That Stipulation has not yet been entered as an Order. The Parties respectfully request that, if the Court finds it to be appropriate, the first Stipulation be withdrawn, and this Stipulation be entered in its stead.

**IT IS SO STIPULATED**.

Dated:  September 14, 2020

THE BERNHOFT LAW FIRM, S.C.

 */s/ Robert G. Bernhoft (with permission)*
Robert G. Bernhoft, Esq.
Admitted *Pro Hac Vice*
Wisconsin Bar No. 1032777
Thomas E. Kimble, Esq.
Admitted *Pro Hac Vice*
Illinois Bar No. 6257935
Daniel James Treuden, Esq.
Wisconsin Bar No. 1052766
1402 E. Cesar Chavez Street
Austin, Texas 78702

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada  89129
*Attorneys for Plaintiffs*

DATED:  September 14, 2020

SNELL & WILMER L.L.P.

 */s/ Kiah D. Beverly-Graham*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Bank of America, N.A.*

IT IS FURTHER ORDERED that [79] Stipulation for extension is denied as moot.
   IT IS SO ORDERED:



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   15th day of September, 2020.

4850-6190-1771

1 **ORDER**

2 **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____

4850-6190-1771

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE FOR BANK OF AMERICA'S OPPOSITION TO PLAINTIFFS' OBJECTION TO ORDER DENYING MOTION TO COMPEL (SECOND REQUEST)** with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: September 14, 2020

                                */s/ Lara J. Taylor*
                                An Employee of Snell & Wilmer L.L.P.

4850-6190-1771