Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
       bgriffith@swlaw.com
       kbeverly@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., UNIFIED DATA SERVICES;<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and JOHN AND JANE DOES 1-100,<br><br>Defendants. | Case No.: 2:18-cv-01919-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**<br><br>**(FIFTH REQUEST)** |

Plaintiffs Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services ("Plaintiffs") and Defendant Bank of America, N.A. ("BANA" and together with Plaintiffs the "Parties" and each a "Party"), through their counsel of record, hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and II 26-4, extending the discovery and related deadlines set forth in the Court's

Order entered on May 23, 2019 (ECF No. 35), as amended by so-ordered stipulations of the Parties on September 3, 2019, December 2, 2019, March 3, 2020, and June 16, 2020. (ECF Nos. 40, 45, 47, and 60) (collectively the "Scheduling Order"). The Parties propose extending the deadlines for expert disclosures by 45 days and the deadlines for close of discovery and dispositive motions by 90 days, as detailed in the proposed schedule below.

The deadlines in the Scheduling Order that the Parties are seeking to extend have not expired. The next deadline in the Scheduling Order is the September 21, 2020 deadline for expert disclosures. The current discovery close deadline is November 16, 2020, and dispositive motions are due December 21, 2020.

**I.     Discovery Completed**

The Parties have completed the following discovery:

1. All Parties have completed initial disclosures.
2. Plaintiffs have propounded requests for production of documents, requests for admission, and interrogatories on BANA.
3. BANA initially responded to Plaintiffs' written discovery with timely responses and objections and made two productions of documents.
4. BANA propounded requests for production of documents, requests for admission, and interrogatories on the Plaintiffs.
5. The Plaintiffs provided initial responses and objections to BANA's written discovery.
6. The Parties negotiated—and the Court entered—a stipulated protective order governing the production of additional, confidential and sensitive documents.
7. Following entry of the stipulated protective order, all Parties supplemented their documentary productions with additional documents.
8. Plaintiffs filed their Motion to Compel Discovery and For Attorney's Fees (ECF No. 48) on May 26, 2020 and their Motion to Unseal Court Documents (ECF No. 52) on June 4, 2020 (the "Discovery Motions") The Court denied both Discovery Motions in full by Order dated August 10, 2020 (ECF No. 77), and Plaintiffs filed

- 2 -

an Objection to that Order on August 24, 2020 (ECF No. 78). BANA's deadline to respond to the Objection is September 22, 2020.

## II. Discovery to be Completed

The Parties anticipate that the following discovery will need to be completed prior to any dispositive briefing or trial:

1. BANA may need to file a motion to compel, seeking the production of documents relevant to Plaintiffs' damages allegations.
2. Expert disclosures and rebuttal experts.
3. Depositions of Parties and their experts. Currently, there are eight Plaintiffs. The Parties anticipate conducting approximately 6-8 Party depositions, including 30(b)(6) witnesses for Plaintiffs and BANA.
4. Depositions of non-party witnesses. The Parties anticipate conducting the depositions of several non-party witnesses.

## III. Good Cause for Extending Discovery and Dispositive Motion Deadlines

This proposed extension is necessary in light of Plaintiffs' pending Objections to the Magistrate Judge's order denying Plaintiffs' motion to compel discovery, which objections are not yet fully briefed, much less adjudicated. Depositions cannot be prepared for or conducted prior to those issues being adjudicated, necessitating extending the deadlines for both the close of discovery and dispositive motions by the requested 90 days. Although the Parties disagree as to the precise bases for extending the expert report deadlines and the length of the extension, the Parties have compromised and stipulated to a 45-day expert reports extension, in order to avoid additional disputed motion practice.

The Parties agree that the foregoing constitutes good cause for the extensions requested herein. This is the Parties' fifth request to extend these deadlines. This request is not made for any deleterious purpose or to cause delay and is made timely and in good faith.

///

///

///

## IV. Proposed Schedule

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | September 21, 2020 | **November 5, 2020** |
| Rebuttal Expert Disclosures | October 21, 2020 | **December 7, 2020** |
| Close of Discovery | November 16, 2020 | **February 15, 2021** |
| Dispositive Motions | December 21, 2020 | **March 22, 2021** |
| Pretrial Order | January 18, 2021 or 30 days after a decision on any dispositive motion. | **April 19, 2021 or 30 days after a decision on any dispositive motion.** |

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

- 4 -

The Parties respectfully request that the Court enter this Stipulation as an order and extend the deadlines in the Scheduling Order as set forth herein.

**IT IS SO STIPULATED**.

Dated: September 18, 2020

THE BERNHOFT LAW FIRM, S.C.

  */s/ Robert G. Bernhoft (with permission)*
Robert G. Bernhoft, Esq.
Admitted *Pro Hac Vice*
Wisconsin Bar No. 1032777
Thomas E. Kimble, Esq.
Admitted *Pro Hac Vice*
Illinois Bar No. 6257935
Daniel James Treuden, Esq.
Wisconsin Bar No. 1052766
1402 E. Cesar Chavez Street
Austin, Texas 78702

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129

*Attorneys for Plaintiffs*

DATED: September 18, 2020

SNELL & WILMER L.L.P.

  */s/ Kiah D. Beverly-Graham*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Bank of America, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __ September 21, 2020 __

- 5 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES (FIFTH REQUEST)** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: September 18, 2020.

        */s/Lara J. Taylor*
        An Employee of Snell & Wilmer L.L.P.