1 | Amy F. Sorenson, Esq.
Nevada Bar No. 12495

2 | Blakeley E. Griffith, Esq.
Nevada Bar No. 12386

3 | Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916

4 | SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100

5 | Las Vegas, Nevada 89169
Telephone: 702-784-5200

6 | Facsimile: 702-784-5252
Email: asorenson@swlaw.com

7 |       bgriffith@swlaw.com
       kbeverly@swlaw.com

8 |

9 | *Attorneys for Defendant Bank of America, N.A.*

10 | **UNITED STATES DISTRICT COURT**

11 | **DISTRICT OF NEVADA**

12 |

13 | RICHARD ZEITLIN, ADVANCED          Case No.: 2:18-cv-01919-RFB-DJA
TELEPHONY CONSULTANTS, MRZ

14 | MANAGEMENT, LLC, DONOR
RELATIONS, LLC, TPFE, INC., AMERICAN

15 | TECHNOLOGY SERVICES, COMPLIANCE
CONSULTANTS, CHROME BUILDERS          **STIPULATION AND ORDER**

16 | CONSTRUCTION, INC., UNIFIED DATA     **EXTENDING DISCOVERY**
SERVICES;                            **DEADLINES**

17 |

18 |                    Plaintiffs,      **(SIXTH REQUEST)**

19 | v.

20 | BANK OF AMERICA, N.A. and JOHN AND
JANE DOES 1-100,

21 |

22 |                    Defendants.

23 |       Plaintiffs Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC,

24 | Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants,

25 | Chrome Builders Construction, and Unified Data Services ("Plaintiffs") and Defendant Bank of

26 | America, N.A. ("BANA" and together with Plaintiffs the "Parties" and each a "Party"), through

27 | their counsel of record, hereby respectfully request the Court enter an order, pursuant to Local

28 | Rules IA 6-1 and II 26-3, extending the deadline for service of expert rebuttal reports set forth in

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702-784-5200

1    the Court's Order entered on May 23, 2019 (ECF No. 35), as amended by so-ordered stipulations

2    of the Parties on September 3, 2019, December 2, 2019, March 3, 2020, June 16, 2020, and

3    September 21, 2020. (ECF Nos. 40, 45, 47, 60, and 83) (collectively the "Scheduling Order").

4    The purpose of this stipulation is solely to extend the deadline for rebuttal expert reports by

5    approximately three weeks. The Parties do not propose extending any other deadline, including

6    the existing deadline for close of discovery.

7    　　　The deadline for expert rebuttal that the Parties are seeking to extend has not expired.

8    That deadline, which is the next deadline in the Scheduling Order, is December 7, 2020.

9    **I.　　Discovery Completed**

10   　　　The Parties have completed the following discovery:

11   　　　1.　All Parties have completed initial disclosures.

12   　　　2.　Plaintiffs have propounded requests for production of documents, requests for

13   　　　　　admission, and interrogatories on BANA.

14   　　　3.　BANA initially responded to Plaintiffs' written discovery with timely responses

15   　　　　　and objections and made two productions of documents.

16   　　　4.　BANA propounded requests for production of documents, requests for admission,

17   　　　　　and interrogatories on the Plaintiffs.

18   　　　5.　The Plaintiffs provided initial responses and objections to BANA's written

19   　　　　　discovery.

20   　　　6.　The Parties negotiated—and the Court entered—a stipulated protective order

21   　　　　　governing the production of additional, confidential and sensitive documents.

22   　　　7.　Following entry of the stipulated protective order, all Parties supplemented their

23   　　　　　documentary productions with additional documents.

24   　　　8.　Plaintiffs filed their Motion to Compel Discovery and For Attorney's Fees (ECF

25   　　　　　No. 48) on May 26, 2020 and their Motion to Unseal Court Documents (ECF No.

26   　　　　　52) on June 4, 2020 (the "Discovery Motions"). The Court denied both Discovery

27   　　　　　Motions in full by Order dated August 10, 2020 (ECF No. 77), and Plaintiffs filed

28   　　　　　an Objection to that Order on August 24, 2020 (ECF No. 78). BANA filed its

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702-784-5200

response to the Objection on September 22, 2020, and the Objection is pending disposition with the Court.

9. On November 5, 2020, Plaintiffs served the report of their damages expert.

## II.     Discovery to be Completed

The Parties anticipate that the following discovery will need to be completed prior to any dispositive briefing or trial:

1. Rebuttal expert reports.

2. Depositions of Parties and their experts.  Currently, there are eight Plaintiffs.  The Parties anticipate conducting approximately 6-8 Party depositions, including 30(b)(6) witnesses for Plaintiffs and BANA.

3. Depositions of non-party witnesses.  The Parties anticipate conducting the depositions of non-party witnesses.

## III.     Good Cause for Extending The Expert Rebuttal Deadline

The proposed extension is necessary to give BANA sufficient time to analyze and respond to the report of Plaintiffs' damages expert, which was served on November 5, 2020. The issues raised by the damages expert's report are complex, involving, among other things, detailed analysis of years of Plaintiffs' financial and operational data and the industries in which Plaintiffs operate. The modest extension requested herein will allow BANA's experts the time necessary to perform this analysis, but will not result in other litigation deadlines, such as the close of discovery or the date to submit dispositive motions, being moved.

The Parties agree that the foregoing constitutes good cause for the extension requested herein. This is the Parties' sixth request to extend the deadline to serve expert rebuttal reports. This request is not made for any deleterious purpose or to cause delay and is made timely and in good faith.

///

///

///

///

1

## IV.    Proposed Schedule

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Expert Disclosures | December 7, 2020 | **December 29, 2020** |
| Close of Discovery | **February 15, 2021** | **February 15, 2021** |
| Dispositive Motions | **March 22, 2021** | **March 22, 2021** |
| Pretrial Order | **April 19, 2021 or 30 days after a decision on any dispositive motion.** | **April 19, 2021 or 30 days after a decision on any dispositive motion.** |

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

- 4 -

1    The Parties respectfully request that the Court enter this Stipulation as an order and extend

2    the deadlines in the Scheduling Order as set forth herein.

3    **IT IS SO STIPULATED**.

4    Dated:  November 19, 2020                                    DATED:  November 19, 2020

5    THE BERNHOFT LAW FIRM, S.C.                      SNELL & WILMER L.L.P.

6

7     */s/ Robert G. Bernhoft*                                        */s/ Kiah D. Beverly-Graham*
     Robert G. Bernhoft, Esq.                                      Amy F. Sorenson, Esq.
8    Admitted *Pro Hac Vice*                                       Nevada Bar No. 12495
     Wisconsin Bar No. 1032777                                Blakeley E. Griffith, Esq.
9    Thomas E. Kimble, Esq.                                     Nevada Bar No. 12386
     Admitted *Pro Hac Vice*                                       Kiah D. Beverly-Graham, Esq.
10   Illinois Bar No. 6257935                                     Nevada Bar No. 11916
     Daniel James Treuden, Esq.                               3883 Howard Hughes Parkway, Suite 1100
11   Wisconsin Bar No. 1052766                                Las Vegas, NV 89169
     1402 E. Cesar Chavez Street
12   Austin, Texas 78702                                          *Attorneys for Defendant Bank of America,*
                                                                         *N.A.*
13
     Joel F. Hansen, Esq.
14   Nevada Bar No. 1876
     Hansen & Hansen, LLC
15   9030 W. Cheyenne Avenue, #210
     Las Vegas, Nevada  89129
16

17   *Attorneys for Plaintiffs*

18

19

20

21   **IT IS SO ORDERED.**

22

23                                                                 _____
                                                                   UNITED STATES MAGISTRATE JUDGE
24
                                                                   DATED:  November 20, 2020
                                                                   _____
25

26

27

28

- 5 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702-784-5200

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES (SIXTH REQUEST)** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED:  November 19, 2020.

*/s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.