Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
       bgriffith@swlaw.com
       hcheong@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., UNIFIED DATA SERVICES;<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and JOHN AND JANE DOES 1-100,<br><br>Defendants. | Case No.: 2:18-cv-01919-RFB-DJA<br><br>**PARTIES' REQUEST AND STIPULATION TO TAKE DEPOSITIONS OUTSIDE OF DISCOVERY PURSUANT TO RULE 16(b)(4)** |

Plaintiffs Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services ("Plaintiffs") and Defendant Bank of America, N.A. ("BANA" and together with Plaintiffs the "Parties" and each a "Party"), through their counsel of record, request that this Court grant the Parties leave to take certain depositions outside of the discovery period. <u>The purpose of this stipulation is solely designate certain</u>

depositions to be taken outside the discovery period and this is the Parties first request to take such depositions after the close of discovery. The Parties do not propose extending any discovery deadlines.[1] This request is being made before the close of discovery, which closes on February 15, 2021. ECF No. 87.

Under Rule 16(b)(4) of the Federal Rules of Civil Procedure, "a schedule may be modified only for good cause and with the judge's consent." As detailed below, the Parties intend to take the depositions of five witnesses outside of the discovery period, but no later than March 15, 2021. The reason for this is to accommodate subpoenaed third parties who have indicated that they are not available prior to the close of discovery and to accommodate Plaintiffs' counsel who are ill (including one with COVID). For these reasons, there is good cause under Rule 16(b)(4) for the Parties to be permitted to take these depositions after the close of discovery.

On January 19, 2021, BANA served Plaintiffs' former employee, Ramona Brown, with a deposition subpoena, setting her deposition for February 10, 2021 at 9:00 a.m. Pacific Time. On January 21, 2021, BANA served Plaintiffs' client, William Pollock, with a deposition subpoena, setting his deposition for February 10, 2021 at 1:00 p.m. Pacific Time. On January 26, 2021, counsel for Brown and Pollock requested that those depositions be moved to February 18, 2021 to accommodate the schedules of counsel and the deponents.

Plaintiffs' counsel, Thomas Kimble and Patrick Kane, are also ill and requested that the expert depositions of Steve Brubaker and Jeffrey Kinrich, currently scheduled for February 2, 2021 and February 3, 2021 respectively, be rescheduled to outside the close of discovery, date to be determined. For the same reason, Plaintiffs' counsel requested that 30(b)(6) and fact depositions of BANA employee Jean Miller, currently scheduled for February 5, 2021, be rescheduled outside the close of discovery, date to be determined. Discovery closes February 15, 2021.

For these reasons, the Parties stipulate and agree to take the deposition of Ramona Brown on February 18, 2021 at 9:00 a.m. Pacific Time, or another date convenient for the Parties and

---

[1] Although this is the first request to take depositions outside the discovery period, this Court has extended discovery six times. ECF No. 87.

deponent on or before March 15, 2021. The Parties stipulate and agree to take the deposition of William Pollock on February 18, 2021 at 1:00 p.m. Pacific Time, or another date convenient for the Parties and deponent on or before March 15, 2021. The Parties further stipulate and agree to take the depositions of Steve Brubaker, Jeffrey Kinrich, and Jean Miller at a time and date convenient for the Parties and deponents on or before March 15, 2021.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: January 28, 2021 | DATED: January 28, 2021 |
| THE BERNHOFT LAW FIRM, S.C. | SNELL & WILMER L.L.P. |
| */s/ Daniel James Treuden* | */s/ Holly E. Cheong* |
| Robert G. Bernhoft, Esq. | Amy F. Sorenson, Esq. |
| Admitted *Pro Hac Vice* | Nevada Bar No. 12495 |
| Wisconsin Bar No. 1032777 | Blakeley E. Griffith, Esq. |
| Thomas E. Kimble, Esq. | Nevada Bar No. 12386 |
| Admitted *Pro Hac Vice* | Holly E. Cheong, Esq. |
| Illinois Bar No. 6257935 | Nevada Bar No. 11936 |
| Daniel James Treuden, Esq. | 3883 Howard Hughes Parkway, Suite 1100 |
| Admitted *Pro Hac Vice* | Las Vegas, NV 89169 |
| Wisconsin Bar No. 1052766 | *Attorneys for Defendant Bank of America, N.A.* |
| 1402 E. Cesar Chavez Street | |
| Austin, Texas 78702 | |

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 29, 2021

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **PARTIES' REQUEST AND STIPULATION TO TAKE DEPOSITIONS OUTSIDE OF DISCOVERY PURSUANT TO RULE 16(b)(4)** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: January 28, 2021.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

- 4 -