Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
bgriffith@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No.: 2:18-cv-01919-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AND REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, 7-1, and 7-2, Plaintiffs Richard Zeitlin; Advanced Telephony Consultants; MRZ Management, LLC; Donor Relations, LLC; TPFE, Inc.; American Technology Services; Compliance Consultants; Chrome Builders Construction, Inc.; and Unified Data Services (the "Plaintiffs") and Defendant Bank of America, N.A. ("BANA"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order for a 2-day extension of Plaintiffs' deadline to file their response to BANA's Motion for Summary Judgment (ECF Nos. 114, 115) (the "Motion") from July 12, 2021, Plaintiffs' current

4822-2670-8721

1 deadline to respond pursuant to ECF No. 130, to July 14, 2021. BANA's Motion was filed, along
2 with a Motion to Seal, on May 24, 2021. [ECF Nos. 113-115.]

3 The Parties also request that the deadline for BANA to file a reply in support of its Motion
4 be extended to July 28, 2021. BANA's deadline to file a reply is currently July 19, 2021. [ECF
5 No. 130.]

6 This is the Parties' first request for an extension of the briefing deadlines for the Motion
7 and is not intended to cause any delay or prejudice to any party. The reason for the extension is to
8 give the Parties time to evaluate and respond to the arguments set forth in the Motion and
9 Plaintiff's response to the Motion.

10 IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time
11 for Plaintiffs to file their response to the Motion is extended to and through July 14, 2021 and the
12 time for BANA to file its reply in support of the Motion is extended to and through July 28, 2021.
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

4822-2670-8721

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: July 12, 2021 | Dated: July 12, 2021 |
| THE BERNHOFT LAW FIRM, S.C. | SNELL & WILMER L.L.P. |
| /s/ Daniel James Treuden | /s/ Holly E. Cheong |
| Robert G. Bernhoft, Esq. | Amy F. Sorenson, Esq. |
| Admitted *Pro Hac Vice* | Nevada Bar No. 12495 |
| Wisconsin Bar No. 1032777 | Blakeley E. Griffith, Esq. |
| Thomas E. Kimble, Esq. | Nevada Bar No. 12386 |
| Admitted *Pro Hac Vice* | Holly E. Cheong, Esq. |
| Illinois Bar No. 6257935 | Nevada Bar No. 11936 |
| Daniel James Treuden, Esq. | 3883 Howard Hughes Parkway, Suite 1100 |
| Wisconsin Bar No. 1052766 | Las Vegas, NV 89169 |
| 1402 E. Cesar Chavez Street | |
| Austin, Texas 78702 | *Attorneys for Defendant Bank of America, N.A.* |

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 12, 2021

4822-2670-8721

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AND REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: July 12, 2021

 */s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4822-2670-8721