Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
bgriffith@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>          Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100,<br><br>          Defendants. | Case No.: 2:18-cv-01919-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1, 7-1, and 7-2, Plaintiffs Richard Zeitlin; Advanced Telephony Consultants; MRZ Management, LLC; Donor Relations, LLC; TPFE, Inc.; American Technology Services; Compliance Consultants; Chrome Builders Construction, Inc.; and Unified Data Services ("Plaintiffs"), by and through their undersigned counsel of record, and Defendant Bank of America, N.A. ("BANA"), by and through its undersigned counsel of record, submit this Stipulation and Proposed Order for a 7-day extension of the deadline, to August 4, 2021, for BANA to file a reply in support of its Motion for Summary Judgment, ECF No. 114, filed on

4840-9030-4755

May 24, 2021 ("Motion").  BANA's deadline to file a reply is currently July 28, 2021.  [ECF No. 134.]

This is the Parties' second request for an extension of the reply deadline for the Motion and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give BANA time to evaluate and respond to the arguments set forth in Plaintiffs' response to the Motion.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for BANA to file its reply in support of the Motion is extended to and through August 4, 2021.

**IT IS SO STIPULATED**.

Dated:  July 26, 2021

THE BERNHOFT LAW FIRM, S.C.

 /s/ Daniel James Treuden
Robert G. Bernhoft, Esq.
Admitted *Pro Hac Vice*
Wisconsin Bar No. 1032777
Thomas E. Kimble, Esq.
Admitted *Pro Hac Vice*
Illinois Bar No. 6257935
Daniel James Treuden, Esq.
Wisconsin Bar No. 1052766
1402 E. Cesar Chavez Street
Austin, Texas 78702

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada  89129

*Attorneys for Plaintiffs*

Dated:  July 26, 2021

SNELL & WILMER L.L.P.

 /s/ Holly E. Cheong
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Bank of America, N.A.*

**IT IS SO ORDERED.**

_____
**RICHARD E. BOULWARE, II**
**United States District Court**

DATED this 26th day of July, 2021.

4840-9030-4755

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST)** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: July 26, 2021

                                        */s/ Gaylene Kim-Mistrille*
                                    An Employee of Snell & Wilmer L.L.P.

4840-9030-4755