Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No.: 12386
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
bgriffith@swlaw.com
kbeverly@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No.: 2:18-cv-01919-RFB-DJA<br><br>**DEFENDANT BANK OF AMERICA N.A.'S NINTH SUPPLEMENT TO ITS INITIAL DISCLOSURES** |

Defendant Bank of America, N.A. ("BANA"), by and through its attorneys of record, Snell & Wilmer L.L.P., makes this Ninth Supplement to its Initial Disclosures in accordance with Federal Rules of Civil Procedure 26(a)(1) and 26(e) (updated or new information is in **bold**). This disclosure is subject to supplementation and/or amendment pursuant to Federal Rule of Civil Procedure 26(e).

///

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT BANA MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES

1. Richard Zeitlin
c/o Robert G. Bernhoft, Esq.
Thomas E. Kimble, Esq.
The Bernhoft Law Firm, S.C.
1402 E. Cesar Chavez Street
Austin, Texas 78702
Phone: 512.582.2100

   **AND**

   Joel F. Hansen, Esq.
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129
Phone: 702.906.1300

Mr. Zeitlin is a plaintiff in this matter. BANA anticipates Mr. Zeitlin will testify regarding the allegations in the complaint.

2. Advanced Telephony Consultants – Fed. R. Civ. P. 30(b)(6) Witness(es)
c/o Robert G. Bernhoft, Esq.
Thomas E. Kimble, Esq.
The Bernhoft Law Firm, S.C.
1402 E. Cesar Chavez Street
Austin, Texas 78702
Phone: 512.582.2100

   **AND**

   Joel F. Hansen, Esq.
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129
Phone: 702.906.1300

Advanced Telephony Consultants is a plaintiff in this matter. BANA anticipates Advanced Telephony Consultants' corporate designee will testify regarding the allegations in the complaint.

3. MRZ Management, LLC – Fed. R. Civ. P. 30(b)(6) Witness(es)
c/o Robert G. Bernhoft, Esq.
Thomas E. Kimble, Esq.
The Bernhoft Law Firm, S.C.
1402 E. Cesar Chavez Street
Austin, Texas 78702
Phone: 512.582.2100

///

Plaintiffs' Exhibit 11

**AND**

Joel F. Hansen, Esq.
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129
Phone: 702.906.1300

MRZ Management, LLC is a plaintiff in this matter. BANA anticipates MRZ Management, LLC's corporate designee will testify regarding the allegations in the complaint.

4. Donor Relations, LLC – Fed. R. Civ. P. 30(b)(6) Witness(es)
c/o Robert G. Bernhoft, Esq.
Thomas E. Kimble, Esq.
The Bernhoft Law Firm, S.C.
1402 E. Cesar Chavez Street
Austin, Texas 78702
Phone: 512.582.2100

**AND**

Joel F. Hansen, Esq.
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129
Phone: 702.906.1300

Donor Relations, LLC is a plaintiff in this matter. BANA anticipates Donor Relations, LLC's corporate designee will testify regarding the allegations in the complaint.

5. TPFE, Inc. – Fed. R. Civ. P. 30(b)(6) Witness(es)
c/o Robert G. Bernhoft, Esq.
Thomas E. Kimble, Esq.
The Bernhoft Law Firm, S.C.
1402 E. Cesar Chavez Street
Austin, Texas 78702
Phone: 512.582.2100

**AND**

Joel F. Hansen, Esq.
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129
Phone: 702.906.1300

TPFE, Inc. is a plaintiff in this matter. BANA anticipates TPFE, Inc.'s corporate designee will testify regarding the allegations in the complaint.

///

Plaintiffs' Exhibit 11

6. American Technology Services – Fed. R. Civ. P. 30(b)(6) Witness(es)
c/o Robert G. Bernhoft, Esq.
Thomas E. Kimble, Esq.
The Bernhoft Law Firm, S.C.
1402 E. Cesar Chavez Street
Austin, Texas 78702
Phone: 512.582.2100

**AND**

Joel F. Hansen, Esq.
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129
Phone: 702.906.1300

American Technology Services is a plaintiff in this matter. BANA anticipates American Technology Services' corporate designee will testify regarding the allegations in the complaint.

7. Compliance Consultants – Fed. R. Civ. P. 30(b)(6) Witness(es)
c/o Robert G. Bernhoft, Esq.
Thomas E. Kimble, Esq.
The Bernhoft Law Firm, S.C.
1402 E. Cesar Chavez Street
Austin, Texas 78702
Phone: 512.582.2100

**AND**

Joel F. Hansen, Esq.
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129
Phone: 702.906.1300

Compliance Consultants is a plaintiff in this matter. BANA anticipates Compliance Consultants' corporate designee will testify regarding the allegations in the complaint.

8. Chrome Builders Construction, Inc. – Fed. R. Civ. P. 30(b)(6) Witness(es)
c/o Robert G. Bernhoft, Esq.
Thomas E. Kimble, Esq.
The Bernhoft Law Firm, S.C.
1402 E. Cesar Chavez Street
Austin, Texas 78702
Phone: 512.582.2100

///

///

**AND**

Joel F. Hansen, Esq.
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129
Phone: 702.906.1300

Chrome Builders Construction, Inc. is a plaintiff in this matter. BANA anticipates Chrome Builders Construction, Inc.'s corporate designee will testify regarding the allegations in the complaint.

9. Unified Data Services – Fed. R. Civ. P. 30(b)(6) Witness(es)
c/o Robert G. Bernhoft, Esq.
Thomas E. Kimble, Esq.
The Bernhoft Law Firm, S.C.
1402 E. Cesar Chavez Street
Austin, Texas 78702
Phone: 512.582.2100

**AND**

Joel F. Hansen, Esq.
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129
Phone: 702.906.1300

Unified Data Services is a plaintiff in this matter. BANA anticipates Unified Data Services' corporate designee will testify regarding the allegations in the complaint.

10. Andrew Frey
c/o United States Secret Service
1700 Montgomery St, Suite 300
San Francisco, CA 94111
Phone: 415.576.1210

Andrew Frey is a former BANA employee. BANA may call Mr. Frey to testify regarding the facts and circumstances surrounding the allegations in, and defenses to, the complaint, including any other relevant facts, circumstances, or information.

///

///

///

- 5 -

1      11.    Denise Watkins
              c/o Amy F. Sorenson, Esq.
              Blakeley E. Griffith, Esq.
              Snell & Wilmer L.L.P.
              3883 Howard Hughes Parkway, Suite 1100
              Las Vegas, NV 89169
              Phone: 702.784.5200

Denise Watkins is a BANA employee. BANA may call Ms. Watkins to testify regarding the facts and circumstances surrounding the allegations in, and defenses to, the complaint, including any other relevant facts, circumstances, or information.

      12.    Jean Miller
              c/o Amy F. Sorenson, Esq.
              Blakeley E. Griffith, Esq.
              Snell & Wilmer L.L.P.
              3883 Howard Hughes Parkway, Suite 1100
              Las Vegas, NV 89169
              Phone: 702.784.5200

Jean Miller is a BANA employee. BANA may call Ms. Miller to testify regarding the facts and circumstances surrounding the allegations in, and defenses to, the complaint, including any other relevant facts, circumstances, or information.

      13.    Bank of America, N.A. – Fed. R. Civ. P. 30(b)(6) Witness(es)
              c/o Amy F. Sorenson, Esq.
              Blakeley E. Griffith, Esq.
              Snell & Wilmer L.L.P.
              3883 Howard Hughes Parkway, Suite 1100
              Las Vegas, NV 89169
              Phone: 702.784.5200

BANA is a defendant in this matter. BANA may call one or more witnesses to testify regarding the facts and circumstances surrounding the allegations in and defenses to the complaint, including any other relevant facts, circumstances, or information.

BANA has withdrawn non-parties David Dierks, Robert Piaro, and Phil LeConte from its disclosures because, upon further review and analysis, it has determined that they are not likely to have information that BANA may use to support its defenses or any other information relevant to the claims in this action.

///

///

## II.  DOCUMENTS IN THE POSSESSION, CUSTODY, OR CONTROL OF BANA THAT IT MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES

Without conceding their admissibility, BANA identifies the following documents:

| BBEG | BEND | DATE | DESCRIPTION |
|---|---|---|---|
| BANA000001 | BANA000039 | 6/8/2018 | Bank of America Deposit Agreement and Disclosures |
| BANA000040 | BANA000066 | 2/6/2015 | Bank of America Deposit Agreement and Disclosures |
| BANA000067 | BANA000105 | 6/8/2018 | Bank of America Deposit Agreement and Disclosures |
| BANA000106 | BANA000144 | 11/10/2017 | Bank of America Deposit Agreement and Disclosures |
| BANA000145 | BANA000182 | 8/1994 | Facts About Personal Deposit Account Programs, Bank of America Disclosure and Agreement |
| BANA000183 | BANA000209 | 3/4/2016 | Bank of America Deposit Agreement and Disclosures |
| BANA000210 | BANA000210 | 8/27/2018 | Letter R. Zeitlin to B. Moynihan |
| BANA000211 | BANA000211 | 8/27/2018 | Letter R. Zeitlin to G. Greener |
| BANA000212 | BANA000214 | 8/10/2018 | Letter D. Treuden to D. Leitsch |
| BANA000215 | BANA00215 | 8/8/2018 | Letter R. Zeitlin to B. Service |
| BANA000216 | BANA000217 | 8/14/2018 | Letter R. Rogers to D. Treuden and R. Bernhoft |
| BANA000218 | BANA000220 | 8/15/2018 | Letter D. Treuden to R. Rogers |
| BANA000221 | BANA000223 | 8/9/2018 | Letter D. Treuden to A. Frey |
| BANA000224 | BANA000229 | 8/9/2018 | Letter D. Treuden to A. Frey |
| BANA000230 | BANA000230 | 8/10/2018 | Letter A. Frey to D. Treuden |
| BANA000231 | BANA000233 | 8/10/2018 | Letter D. Treuden to D. Leitsch, copy received by A. Frey |
| BANA000234 | BANA000234 | 8/27/2018 | Letter A. Frey to D. Treuden |
| BANA000235 | BANA000235 | 8/27/2018 | Letter E.C. Rainey to R. Zeitlin |
| BANA000236 | BANA000236 | 8/16/2018 | Email R. Zeitlin to S. Hannah |
| BANA000237 | BANA000237 | 8/16/2018 | Email R. Zeitlin to S. Hannah |
| BANA000238 | BANA000238 | 8/16/2018 | Letter S. Hannah to R. Zeitlin |
| BANA000239 | BANA000239 | 8/27/2018 | Letter E.C. Rainey to R. Zeitlin |
| BANA000240 | BANA000240 | 8/27/2018 | Letter R. Zeitlin to G. Greener |
| BANA000241 | BANA000241 | 8/27/2018 | Letter R. Zeitlin to B. Moynihan |
| BANA000242 | BANA000242 | 8/27/2018 | Letter R. Zeitlin to B. Moynihan |
| BANA000243 | BANA000243 | 9/19/2018 | Letter E.C. Rainey to R. Zeitlin |
| BANA000244 | BANA000246 | 8/16/2018 | Email R. Zeitlin to S. Hannah |

Plaintiffs' Exhibit 11

| BBEG | BEND | DATE | DESCRIPTION |
|---|---|---|---|
| BANA000247 | BANA000247 | 5/9/2013 | Annual Escrow Account Disclosure Statement for Account ending 1885 (Partially Redacted for Confidential Information) |
| BANA000249 | BANA000294 | 1/2018 - 9/2018 | Chrome Builders Construction, Inc.'s Business Advantage Account Statements, Account ending 4942 |
| BANA000295 | BANA000295 | 9/28/2018 | Bank of America Cashier's Check #9506542338 to Chrome Builders Construction, Inc. for $20,905.73 |
| BANA000296 | BANA000297 | 9/24/2018 | Letter Bank of America to Chrome Builders Construction, Inc. re Closure of Account ending 4942 |
| BANA000296 | BANA000297 | 9/24/2018 | Letter Bank of America to Chrome Builders Construction, Inc. re Closure of Account ending 4942 |
| BANA000298 | BANA000393 | Various | Bank Policies and Procedures |
| BANA000394 | BANA000411 | Various | CFPB Consumer Complaints |
| BANA000412 | BANA000414 | 8/10/2018 | Letter D. Treuden to D. Leitsch |
| BANA000415 | BANA000434 | Various | FDIC/Federal Reserve/CFPB/OCC Consumer Complaints |
| BANA000435 | BANA000438 | Various | Transaction Records |
| BANA000439 | BANA000442 | Various | Account Signature Cards |
| BANA000443 | BANA000517 | Various | Transaction Records |
| BANA000518 | BANA000519 | 12/27/2017 | Account Signature Card for Compliance Consultants LLC |
| BANA000520 | BANA001897 | Various | Transaction Records |
| BANA001898 | BANA001961 | Various | FEC Forms/Filings |
| BANA001962 | BANA001962 |  | Excel file re Online Account Identification Information |
| BANA001963 | BANA001992 | Various | Transaction Records |
| BANA001993 | BANA002004 | 1/21/2010 | Settlement Agreement and Order |
| BANA002005 | BANA002008 | Various | FEC Forms/Filings |
| BANA002009 | BANA002011 | Various | Transaction Records |
| BANA002012 | BANA002012 | 1/2013 – 8/2018 | Excel File Containing Transaction Data |
| BANA002013 | BANA002042 | Various | Transaction Records |
| BANA002043 | BANA002048 | Various | FEC Forms/Filings |
| BANA002049 | BANA002095 | Various | Account Signature Cards |
| BANA002096 | BANA002096 | 12/2017 – 8/2018 | Excel File Containing Transaction Data |
| BANA002097 | BANA002126 | Various | FEC Forms/Filings |
| BANA002127 | BANA002128 | 8/8/2018 | Letter J. Parsons to A. Frey |

| BBEG | BEND | DATE | DESCRIPTION |
|---|---|---|---|
| BANA002129 | BANA002129 | 5/2018 – 8/2018 | Excel File re Account Login Activity |
| BANA002130 | BANA002130 | 9/2015 – 8/2018 | Excel File re Customer Call Log |
| BANA002131 | BANA002145 | Various | FEC Forms/Filings |
| BANA002146 | BANA002146 | | Excel File re Address Information |
| BANA002147 | BANA002194 | Various | FEC Forms/Filings |
| BANA002195 | BANA002202 | 8/24/2013 | News21 Article |
| BANA002203 | BANA002235 | Various | FEC Forms/Filings |
| BANA002236 | BANA002236 | Various | Excel File re Account Login Activity |
| BANA002237 | BANA002301 | Various | Account Signature Cards |
| BANA002302 | BANA002308 | 5/4/2018 | Politico Article |
| BANA002309 | BANA002338 | Various | Transaction Records |
| BANA002339 | BANA002339 | Various | Excel File Containing Transaction Data |
| BANA002340 | BANA002369 | Various | Transaction Records |
| BANA002370 | BANA002378 | 1/19/2010 | Settlement Agreement and Order re Courtesy Call, Inc. |
| BANA002379 | BANA002409 | Various | Articles |
| BANA002410 | BANA002555 | Various | FEC Forms/Filings |
| BANA002556 | BANA002556 | 8/2018 | Excel File re Online Account Activity |
| BANA002557 | BANA002599 | Various | FEC Forms/Filings |
| BANA002600 | BANA002603 | Various | Articles |
| BANA002604 | BANA002613 | Various | FEC Forms/Filings |
| BANA002614 | BANA002614 | | Excel File re Customer Information |
| BANA002615 | BANA002656 | Various | Transaction Records |
| BANA002657 | BANA002773 | Various | Account Signature Cards |
| BANA002774 | BANA002774 | 2018 | Excel File Containing Transaction Data |
| BANA002775 | BANA002995 | Various | Account Signature Cards and Related Documents |
| BANA002995 | BANA002996 | Various | Chrome Builders Account Information |
| BANA002997 | BANA002997 | Various | Excel file re Account Status Information |
| BANA002998 | BANA003005 | Various | FDIC/Federal Reserve/CFPB/OCC Consumer Complaints |
| BANA003006 | BANA004894 | Various | Account Opening Policies and Procedures |
| BANA004895 | BANA004895 | 2016-2018 | Excel File Containing Transaction Data |
| BANA004896 | BANA005343 | Various | Account Statements |
| BANA005344 | BANA005344 | | Excel File re Transactional Data |
| BANA005345 | BANA005345 | | Excel File re Transactional Data |
| BANA005346 | BANA005346 | 8/17/2018 | Email J. Miller to J. Miller, A. Frey re Conversation with Miller |

| BBEG | BEND | DATE | DESCRIPTION |
|---|---|---|---|
| BANA005347 | BANA005347 | 8/17/2018 | Email J. Miller to J. Miller, A. Frey re Conversation with J. Miller |
| BANA005348 | BANA005348 | 8/17/2018 | Email R. Forest to R. Forest, A. Frey re Conversation with R. Forest |
| BANA005349 | BANA005451 | 6/29/2016 | Global Policy Source: Enterprise – Financial Crimes Global Standard |
| BANA005452 | BANA005455 | 9/17/2018 | CFPB – R. Zeitlin Complaint # 180904-3449326 Details |
| BANA005456 | BANA005460 | 9/19/2018 | CFPB – R. Zeitlin Complaint # 180904-3449326 Details |
| BANA005461 | BANA005464 | 8/20/2018 | CFPB – R. Zeitlin Complaint # 180817-3411124 Details |
| BANA005465 | BANA005465 | 8/27/2018 | Letter E.C. Rainey to R. Zeitlin |
| BANA005466 | BANA005466 | 8/16/2018 | Letter S. Hannah to R. Zeitlin |
| BANA005467 | BANA005471 | 9/17/2018 | CFPB – R. Zeitlin Complaint # 180829-3439362 Details |
| BANA005472 | BANA005474 | 8/10/2018 | Letter D. Treuden to D. Leitsch |
| BANA005475 | BANA005477 | | R. Zeitlin FDIC Complaint |
| BANA005478 | BANA005478 | 8/16/2018 | Email R. Zeitlin to S. Hannah |
| BANA005479 | BANA005480 | 8/10/2018 | R. Zeitlin Federal Reserve Consumer Help Request |
| BANA005481 | BANA005482 | 8/19/2018 | R. Zeitlin Federal Reserve Consumer Help Request |
| BANA005483 | BANA005486 | 9/4/2018 | CFPB – R. Zeitlin Complaint # 180829-3439362 Details |
| BANA005487 | BANA005490 | 8/10/2018 | Office of the Comptroller of Currency (OCC) - R. Zeitlin Complaint |
| BANA005491 | BANA005493 | 8/9/2018 | Letter D. Treuden to A. Frey |
| BANA005494 | BANA005498 | 9/19/2018 | CFPB – R. Zeitlin Complaint # 180829-3439362 Details |
| BANA005499 | BANA005499 | 9/19/2018 | Letter E.C. Rainey to R. Zeitlin |
| BANA005500 | BANA005500 | 10/24/2018 | Bank of America Account Information for American Technology Services LLC |
| BANA005501 | BANA005501 | 10/24/2018 | Bank of America Account Information for Donor Relations LLC |
| BANA005502 | BANA005502 | 10/24/2018 | Bank of America Account Information for Unified Data Services LLC |
| BANA005503 | BANA005503 | 10/24/2018 | Bank of America Account Information for TPFE Inc. |
| BANA005504 | BANA005504 | 10/24/2018 | Bank of America Account Information for Advance Telephony Consultants LLC |
| BANA005505 | BANA005505 | 10/24/2018 | Bank of America Account Information for Chrome Builders Construction Inc. |

Plaintiffs' Exhibit 11

| BBEG | BEND | DATE | DESCRIPTION |
|---|---|---|---|
| BANA005506 | BANA005506 | 10/24/2018 | Bank of America Account Information for Integrated Telecom Inc. |
| BANA005507 | BANA005507 | 10/24/2018 | Bank of America Account Information for Compliance Consultants LLC |
| BANA005508 | BANA005508 | 10/24/2018 | Bank of America Account Information for American Technology Services LLC |
| BANA005509 | BANA005547 | 4/7/2017 | Deposit Agreement and Disclosures |
| BANA005548 | BANA005617 | 1/1/2018 – 10/31/2018 | Account Statements for American Technology Services LLC Account ending 6874 |
| BANA005618 | BANA005644 | 11/4/2016 | Deposit Agreement and Disclosures |
| BANA005645 | BANA005679 | 02/1994 | Bank of America Facts About Business Deposit Account Programs |
| BANA005680 | BANA005733 | 06/1994 | Bank of America Depositor's Agreement and Electronic Funds Transfer Disclosure for Checking Accounts, Savings, Time Deposits and IRAs |
| BANA005734 | BANA005760 | 06/1993 | Bank of America Depositor's Agreement and Electronic Funds Transfer Disclosure for Checking Accounts, Savings, Time Deposits and IRAs |
| BANA005761 | BANA005763 |  | Summaries re Investigation |
| BANA005764 | BANA005764 | 12/2017 – 8/2018 | Excel File Containing Transaction Data |
| BANA005765 | BANA005765 |  | Chart re: Administracion De Call Centers SA Panama |
| BANA005766 | BANA005781 |  | Summaries re Investigation[1] |
| BANA005782 | BANA005819 | 8/7/2018 | Calendar Entries re Administration De Call Centers Overview and Attachments |
| BANA005820 | BANA005820 | Various | Excel File Containing Transaction and Account Detail Data |
| BANA005821 | BANA005823 |  | Graphics reflecting transaction data |
| BANA005824 | BANA005824 | Various | Excel File Containing Transaction and Account Detail Data |
| BANA005825 | BANA005846 |  | Graphics reflecting transaction data |
| BANA005847 | BANA005847 | Various | Excel File Containing Transaction and Account Detail Data |
| BANA005848 | BANA005848 | Various | Excel File Containing Account and Computer Activity Data |
| BANA005849 | BANA005849 |  | Graphic reflecting IP addresses and other information |

---

[1] As explained in the accompanying email of April 27, 2020, BANA005770-5780 are re-produced herewith with revised redactions.

| BBEG | BEND | DATE | DESCRIPTION |
|------|------|------|-------------|
| BANA005850 | BANA005850 | Various | Excel File Containing Transaction and Account Detail Data |
| BANA005851 | BANA005890 |  | Summaries regarding entity transactions and graphics regarding same |
| BANA005891 | BANA005891 | Various | Excel File Containing Transaction Data |
| BANA005892 | BANA005896 | 8/16/2018 | Email J. Miller to A. Frey re Conversation with Miller, Jean M.[2] |
| BANA005897[3] | BANA005902 | 7/23/2018 | ForeignAffairs Article Titled *24 Sentenced in Multimillion Dollar India-Based Call Center Scam Targeting U.S. Victims* |
| BANA005903 | BANA005909 | 8/27/2018 – 9/15/2018 | Bank of America meeting appointment details re Zeitlin Matter |
| BANA005910 | BANA005912 | 7/27/2018 | Pahrump Valley Times Article Titled *U.S. Justice Officials uncover call center scam* |
| BANA005913 | BANA005913 |  | Excel File Containing Transaction and Account Detail Data |
| BANA005914 | BANA005953 | 7/26/2018 | Email D. Watkins to D. Martinez re Charities/PAC Scam Project and attachments to same |
| BANA005954 | BANA005957 |  | Excel Files Containing Transaction and Account Detail Data |
| BANA005958 | BANA005958 | 2/7/2020 | UPS Delivery Confirmation |
| **BANA005959** | **BANA005959** | **8/30/2018** | **Email R. Forest to J. Miller re Zeitlin Timeline** |
| **BANA005960** | **BANA005964** | **8/29/2018** | **Investigation Timeline** |
| **BANA005965** | **BANA005965** | **8/17/2018** | **Email A. Frey to R. Forest and J. Miller re Zeitlin** |
| **BANA005966** | **BANA005966** |  | **Summary re Investigation** |
| **BANA005967** | **BANA005967** | **8/29/2018** | **Email J. Miller to R. Forest forwarding investigation document attachment** |
| **BANA005968** | **BANA005968** |  | **Flow Chart re Donations** |
| **BANA005969** | **BANA005969** | **8/17/2018** | **Email A. Frey to R. Forest re Zeitlin and attachments** |
| **BANA005970** | **BANA005970** |  | **Flow Chart re Administracion De Call Centers SA Panama** |
| **BANA005971** | **BANA005971** |  | **Summary of Investigation** |

---

[2] As explained in the email of April 27, 2020, BANA005892-5896 were re-produced with revised redactions.

[3] On February 21, 2020, BANA produced a UPS delivery confirmation bates stamped BANA005897. BANA's production of documents on April 27, 2020 inadvertently includes a different document, the first page of a July 23, 2018, Foreign Affairs article, also labeled BANA005897. Herewith, BANA produces again the UPS Delivery confirmation, revised to be labeled as BANA005958, and BANA005897 will be used for the Foreign Affairs article.

| BBEG | BEND | DATE | DESCRIPTION |
|---|---|---|---|
| BANA005972 | BANA005972 | | Flow Chart re Donations |
| BANA005973 | BANA005977 | 9/25/2018 | Email J. Miller to R. Forest |
| BANA005978 | BANA005979 | 9/24/2018 | Email J. Miller to R. Forest re Expedited Account Closures |
| BANA005980 | BANA005980 | 8/29/2018 | Email A. Frey to J. Miller and R. Forest re High Level Summary |
| BANA005981 | BANA005981 | | Investigation Summary |
| BANA005982 | BANA005986 | | Investigation Summary |
| BANA005987 | BANA005989 | 8/9/2018 | Email A. Guibernau to D. O'Reilly re Charities/PAC Scam Project |
| BANA005990 | BANA005991 | 7/30/2018 | Email D. O'Reilly to D. Martinez, cc F. Danek and A. Guibernau re Charities/PAC Scam Project |
| BANA005992 | BANA005994 | 7/30/2018 | Emails between D. O'Reilly and A. Guibernau re Charities/PAC Scam Project |

These documents are produced via a password protected link and have been emailed to counsel. In addition, without conceding their admissibility, BANA identifies all documents identified by any party in their disclosures, discovery responses, or documents disclosed in this litigation.

BANA will supplement this disclosure as required by the Federal Rules of Civil Procedure and any applicable scheduling order entered by the Court.

**III.    COMPUTATION OF ANY CATEGORY OF DAMAGES**

BANA does not claim any damages, but it may seek reasonable attorney's fees and costs in defense of this action.

**IV.    APPLICABLE INSURANCE AGREEMENTS**

BANA has no insurance policy or reimbursement or indemnity agreement that in all reasonable possibility would be called upon to respond in whole or in part to the claims in this lawsuit.

///

///

///

- 13 -

Plaintiffs' Exhibit 11

DATED September 4, 2020.

                    SNELL & WILMER L.L.P.

By: */s/Kiah D. Beverly-Graham*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No.: 12386
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Bank of America, N.A.*

- 14 -

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing on all parties appearing herein by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| \_\_\_\_X\_\_\_\_ | Electronic Mail (E-mail) |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| _____ | Electronic Filing |

and addressed to:

Thomas E. Kimble, Esq.  tekimble@bernhoftlaw.com
Roger Bernhoft, Esq.  rgbernhoft@bernhoftlaw.com
Daniel J. Treuden, Esq.  djtreuden@bernhoftlaw.com
The Bernhoft Law Firm, S. C.
1402 E. Cesar Chavez Street
Austin, TX 78702

*Attorneys for Plaintiffs*

DATED: September 4, 2020.

                                        */s/Debbie Shuta*
                                       An Employee of Snell & Wilmer L.L.P.

4813-6328-5695.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Plaintiffs' Exhibit 11