Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
   Email: asorenson@swlaw.com
          bgriffith@swlaw.com
          hcheong@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No.: 2:18-cv-01919-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AND REPLY IN SUPPORT OF PLAINTIFFS' RULE 37(d) AND RULE 37(a) MOTION FOR SANCTIONS AND TO COMPEL FOR DEFENDANT'S FAILURE TO PRODUCE A PROPER RULE 30(b)(6) DEPONENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, 7-1, and 7-2, Plaintiffs Richard Zeitlin; Advanced Telephony Consultants; MRZ Management, LLC; Donor Relations, LLC; TPFE, Inc.; American Technology Services; Compliance Consultants; Chrome Builders Construction, Inc.; and Unified Data Services (the "Plaintiffs") and Defendant Bank of America, N.A. ("BANA"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order for a 2-week extension of BANA's deadline to file its response to Plaintiffs' Rule 37(d) and Rule 37(a) Motion for Sanctions and to Compel for Defendant's Failure to Produce a Proper

1  Rule 30(b)(6) Deponent (ECF No. 148) (the "Motion"). The Motion was filed on August 4, 2021
2  and is set for hearing on September 28, 2021.  The Parties request an extension from August 18,
3  2021, BANA's current deadline to respond, to September 1, 2021.

4      The Parties also request that the deadline for Plaintiffs to file a reply in support of their
5  Motion be extended to September 15, 2021.  Plaintiffs' deadline to file a reply is currently seven
6  days after BANA files its response.

7      This is the Parties' first request for an extension of the briefing deadlines for the Motion
8  and is not intended to cause any delay or prejudice to any party. The reason for the extension is to
9  give the Parties time to evaluate and respond to the arguments set forth in the Motion and
10 BANA's response to the Motion.

11     IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time
12 for BANA to file their response to the Motion is extended to and through September 1, 2021 and
13 the time for Plaintiffs to file their reply in support of the Motion is extended to and through
14 September 15, 2021.

15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

- 2 -

4816-2255-9733

**IT IS SO STIPULATED**.

Dated: August 5, 2021

THE BERNHOFT LAW FIRM, S.C.

 /s/ Daniel James Treuden
Robert G. Bernhoft, Esq.
Admitted *Pro Hac Vice*
Wisconsin Bar No. 1032777
Thomas E. Kimble, Esq.
Admitted *Pro Hac Vice*
Illinois Bar No. 6257935
Daniel James Treuden, Esq.
Wisconsin Bar No. 1052766
1402 E. Cesar Chavez Street
Austin, Texas 78702

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129

*Attorneys for Plaintiffs*

Dated: August 5, 2021

SNELL & WILMER L.L.P.

 /s/ Holly E. Cheong
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Bank of America, N.A.*

**IT IS SO ORDERED**

**DATED: August 09, 2021**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4816-2255-9733