Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada  89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
    Email: asorenson@swlaw.com
           bgriffith@swlaw.com
           hcheong@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No.: 2:18-cv-01919-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AND REPLY IN SUPPORT OF PLAINTIFFS' REFILED SECOND MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, 7-1, and 7-2, Plaintiffs Richard Zeitlin; Advanced Telephony Consultants; MRZ Management, LLC; Donor Relations, LLC; TPFE, Inc.; American Technology Services; Compliance Consultants; Chrome Builders Construction, Inc.; and Unified Data Services (the "Plaintiffs") and Defendant Bank of America, N.A. ("BANA"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order for a 2-week extension of BANA's deadline to file its response to Plaintiffs' Refiled Second Motion to Compel Discovery and For Sanctions (ECF No. 151) (the "Motion"). The

4835-7284-4277

1  Motion was filed on August 4, 2021, under seal, and is set for hearing on September 28, 2021.
2  The Parties request an extension from August 18, 2021, BANA's current deadline to respond, to
3  September 1, 2021.

4      The Parties also request that the deadline for Plaintiffs to file a reply in support of their
5  Motion be extended to September 15, 2021.  Plaintiffs' deadline to file a reply is currently seven
6  days after BANA files its response.

7      This is the Parties' first request for an extension of the briefing deadlines for the Motion
8  and is not intended to cause any delay or prejudice to any party. The reason for the extension is to
9  give the Parties time to evaluate and respond to the arguments set forth in the Motion and
10  BANA's response to the Motion.

11      IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time
12  for BANA to file their response to the Motion is extended to and through September 1, 2021 and
13  the time for Plaintiffs to file their reply in support of the Motion is extended to and through
14  September 15, 2021.

15  / / /
16  / / /
17  / / /
18  / / /           **IT IS SO ORDERED**
19  / / /
                **DATED: August 09, 2021**
20  / / /
21  / / /
22  / / /
                */s/ Brenda Weksler*
23  / / /           **BRENDA WEKSLER**
24  / / /           **UNITED STATES MAGISTRATE JUDGE**
25  / / /
26  / / /
27  / / /
28  / / /

4835-7284-4277

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702-784-5200

**IT IS SO STIPULATED**.

Dated:  August 5, 2021

THE BERNHOFT LAW FIRM, S.C.

 /s/ *Daniel James Treuden*
Robert G. Bernhoft, Esq.
Admitted *Pro Hac Vice*
Wisconsin Bar No. 1032777
Thomas E. Kimble, Esq.
Admitted *Pro Hac Vice*
Illinois Bar No. 6257935
Daniel James Treuden, Esq.
Wisconsin Bar No. 1052766
1402 E. Cesar Chavez Street
Austin, Texas 78702

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada  89129

*Attorneys for Plaintiffs*

Dated:  August 5, 2021

SNELL & WILMER L.L.P.

 /s/ *Holly E. Cheong*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Bank of America, N.A.*

4835-7284-4277