**DANIEL J. TREUDEN, ESQ**
Wisconsin Bar No. 1052766
**THE BERNHOFT LAW FIRM, S.C.**
1402 E. Cesar Chavez Street
Austin, Texas 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
djtreuden@bernhoftlaw.com

**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Avenue, #210
(702) 906-1300 office
(702) 366-1857: facsimile
efile@hansenlawyers.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A. and JOHN and JANE DOES 1-100, <br><br> Defendants. | Case No. 2:18-cv-01919-RFB-BNW <br><br> **JOINT STIPULATION TO EXTEND DEADLINES TO AMEND BRIEFING SCHEDULE ON THE REFILED SECOND MOTION TO COMPEL** <br> **(Second Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Plaintiffs Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services, (hereinafter the "Plaintiffs"), and the Defendant Bank of America (hereinafter "BANA"), by and through their respective attorneys of record, hereby jointly stipulate to modestly extend the briefing schedule for the Plaintiffs to refile their motion to compel at Doc. 151. (Docs. 181 and 188.) This is the second stipulation requesting an extension of time to extend the deadlines in the briefing

schedule involving the refiling of the Motion to Compel. (Doc. 151.) A hearing is scheduled on this motion on November 30, 2021 at 10:00 a.m. PST and Plaintiffs' refiled Motion to Compel is currently due October 22, 2021. (Doc. 181.) In support thereof, the Plaintiffs and BANA represent as follows:

The Plaintiffs require additional time due to a medical situation that arose in Atty. Bernhoft's family. Atty. Bernhoft is lead drafter on the brief and is able to re-assign some of the tasks, but will need one more business day to put the brief in final form.

On Thursday evening, October 21st, the Plaintiffs contacted BANA's counsel and discussed extending the briefing deadlines. Based on those discussions, the Parties stipulate to the following briefing schedule: Plaintiffs refiled motion to compel discovery due October 25, 2021 (previously due October 22, 2021); BANA's opposition due on November 12, 2021 (previously due November 11, 2021); and the Plaintiffs' reply remains due on November 22, 2021.

Accordingly, the Parties agree that the foregoing constitutes good cause to extend the briefing schedule deadlines. This is the Parties' second request for an extension of the deadline related to the refiled Second Motion to Compel. The Parties agree that the requested extension will not prejudice any Party. No deadline for which an extension is requested herein has expired.

Accordingly, the Parties agree there is good cause for entry of the following new deadline: Plaintiffs' time to refile the Motion to Compel is extended to October 25, 2021, BANA's time to file an Objection to the Motion to Compel is extended to November 12, 2021, and Plaintiffs' Reply is extended to November 22, 2021.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 22, 2021<br>THE BERNHOFT LAW FIRM, S.C.<br><br>_/s/ Daniel J. Treuden_<br>Daniel J. Treuden, Esq.<br>Wisconsin Bar No. 1052766<br>1402 E. Cesar Chavez Street<br>Austin, Texas 78702<br><br>Attorney for Plaintiffs<br>Appearing *pro hac vice* | Dated: October 22, 2021<br>SNELL & WILMER, L.L.P.<br><br>_/s/ Holly E. Cheong_<br>Amy F. Sorenson (NV Bar 12495)<br>Blakeley E. Griffith, Esq. (NV Bar 12386)<br>Holly E. Cheong (NV Bar 11936)<br>3883 Howard Hughes Pkwy, Ste. 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Bank of America, N.A.* |

**Order**

IT IS SO ORDERED
DATED: 2:41 pm, October 26, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

**Certificate of Service**

I hereby certify that on October 22, 2021, I electronically filed and served the foregoing second JOINT STIPULATION TO EXTEND DEADLINES TO AMEND BRIEFING SCHEDULE ON THE REFILED SECOND MOTION TO COMPEL with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

                                                                                    */s/ Daniel J. Treuden*
                                                                                    Daniel J. Treuden
                                                                                    Attorney for Plaintiffs