Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
      Email: asorenson@swlaw.com
             bgriffith@swlaw.com
             hcheong@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No.: 2:18-cv-01919-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AND REPLY IN SUPPORT OF PLAINTIFFS' REFILED SECOND MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS**<br><br>**(THIRD REQUEST)** |

Pursuant to Local Rules IA 6-1, 7-1, and 7-2, Plaintiffs Richard Zeitlin; Advanced Telephony Consultants; MRZ Management, LLC; Donor Relations, LLC; TPFE, Inc.; American Technology Services; Compliance Consultants; Chrome Builders Construction, Inc.; and Unified Data Services (the "Plaintiffs") and Defendant Bank of America, N.A. ("BANA"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order for a 10-day extension of BANA's deadline to file its response to Plaintiffs' Refiled Second Motion to Compel Discovery and For Sanctions (ECF No. 195) (the "Motion"). The Motion was

4882-4806-2210

1  filed on October 25, 2021, under seal, and is set for hearing on November 30, 2021. The Parties
2  request an extension from November 12, 2021, BANA's current deadline to respond, to
3  November 22, 2021. This is the Parties' third request for an extension of the briefing deadlines
4  for the Motion.

5  The Parties also request that the deadline for Plaintiffs to file a reply in support of their
6  Motion be extended to December 6, 2021. Plaintiffs' current deadline to file a reply is November
7  22, 2021. The Parties also request that the Court reschedule the November 30, 2021 hearing to
8  December 28, 2021, or another date after December 28, 2021 that is convenient for the Court.

9  This request for an extension is not intended to cause any delay or prejudice to any party.
10 The reason for the extension is to give the counsel time to evaluate and respond to the arguments
11 set forth in the Motion and BANA's response to the Motion in light of certain unavoidable and
12 largely unexpected personal scheduling conflicts, and to account for the intervening Thanksgiving
13 holiday.

14 IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time
15 for BANA to file their response to the Motion is extended to and through November 22, 2021 and
16 the time for Plaintiffs to file their reply in support of the Motion is extended to and through
17 December 6, 2021. The Parties also request that the Court reschedule the November 30, 2021
18 hearing to December 28, 2021, December 29, 2021, any date between January 4, 2022 to January
19 7, 2022, or another date after January 7, 2022 that is convenient for the Court and the Parties.

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**Order**

IT IS ORDERED that ECF No. 199 is GRANTED. IT IS FURTHER ORDERED that the motion hearing set for 11/30/2021 is RESCHEDULED to 1/6/2022 at 11:00 a.m.

**IT IS SO ORDERED**

**DATED:** 3:10 pm, November 04, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -

4882-4806-2210

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: November 3, 2021 | Dated: November 3, 2021 |
| THE BERNHOFT LAW FIRM, S.C. | SNELL & WILMER L.L.P. |
| */s/ Daniel J. Treuden* | */s/ Holly E. Cheong* |

Robert G. Bernhoft, Esq.
Admitted *Pro Hac Vice*
Wisconsin Bar No. 1032777
Thomas E. Kimble, Esq.
Admitted *Pro Hac Vice*
Illinois Bar No. 6257935
Daniel James Treuden, Esq.
Wisconsin Bar No. 1052766
1402 E. Cesar Chavez Street
Austin, Texas 78702

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129

*Attorneys for Plaintiffs*

Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Bank of America, N.A.*

4882-4806-2210

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AND REPLY IN SUPPORT OF PLAINTIFFS' REFILED SECOND MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS (THIRD REQUEST)** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: November 3, 2021

                                            */s/ Maricris Williams*
                                            An Employee of Snell & Wilmer L.L.P.

4882-4806-2210