**ROBERT G. BERNHOFT, ESQ**
Wisconsin Bar No. 1032777
**THE BERNHOFT LAW FIRM, S.C.**
1402 E. Cesar Chavez Street
Austin, Texas 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
rgbernhoft@bernhoftlaw.com

**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Avenue, #210
(702) 906-1300 office
(702) 366-1857: facsimile
efile@hansenlawyers.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A. and JOHN and JANE DOES 1-100, <br><br> Defendants. | Case No. 2:18-cv-01919-RFB-BNW <br><br> **JOINT STIPULATION TO STAY MAGISTRATE JUDGE'S ORDER [ECF NO. 192]** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Plaintiffs Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services, (hereinafter the "Plaintiffs"), and the Defendant Bank of America (hereinafter "BOFA"), by and through their respective attorneys of record, hereby jointly stipulate to stay the Magistrate Judge's Order (hereinafter "Order") regarding the Plaintiffs' Motion for Sanctions pursuant to Fed. R. Civ. P. 30(b)(6). (Doc. 192.) On November 4, 2021, BOFA filed an Objection to the Order. (Doc. 200.)

After conferring, the Parties stipulate to stay the Order until such time that the Hon. District Court Judge Boulware resolves BOFA's Objections to that Order. The Parties agree that the Objection should be resolved before BOFA's 30(b)(6) witness is re-deposed or the fee sanction resolved, in the legitimate interest of potentially avoiding the unnecessary consumption of time and resources.

For the foregoing reasons, the Parties stipulate to stay the Magistrate Judge's Order filed as Doc. 192 until such time that Judge Boulware adjudicates BOFA's Objection filed at Doc. 200.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 11, 2021 | Dated: November 11, 2021 |
| THE BERNHOFT LAW FIRM, S.C. | SNELL & WILMER, L.L.P. |
| /s/ Robert G. Bernhoft | /s/ Holly E. Cheong |
| Robert G. Bernhoft, Esq. | Amy F. Sorenson (NV Bar 12495) |
| Wisconsin Bar No. 1032777 | Blakeley E. Griffith, Esq. (NV Bar 12386) |
| 1402 E. Cesar Chavez Street | Holly E. Cheong (NV Bar 11936) |
| Austin, Texas 78702 | 3883 Howard Hughes Pkwy., Ste. 1100 |
| | Las Vegas, Nevada 89169 |
| *Attorney for Plaintiffs* | |
| *Appearing pro hac vice* | *Attorneys for Bank of America, N.A.* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 11/12/2021

**Certificate of Service**

I hereby certify that on November 11, 2021, I electronically filed and served the foregoing second JOINT STIPULATION TO STAY MAGISTRATE JUDGE'S ORDER [ECF NO. 192] with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

                                              */s/ Robert G. Bernhoft*
                                              Robert G. Bernhoft
                                              Attorney for Plaintiffs