**DANIEL J. TREUDEN, ESQ**
Wisconsin Bar No. 1052766
**THE BERNHOFT LAW FIRM, S.C.**
1402 E. Cesar Chavez Street
Austin, Texas 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
djtreuden@bernhoftlaw.com

**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Avenue, #210
(702) 906-1300 office
(702) 366-1857: facsimile
efile@hansenlawyers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES, <br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No.  2:18-cv-01919-RFB-BNW<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S ORDER [ECF NO. 192]**<br>**(First Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, IA 7-1, and IB 3-1, Plaintiffs Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services, (hereinafter the "Plaintiffs"), and the Defendant Bank of America (hereinafter "BOFA"), by and through their respective attorneys of record, hereby jointly stipulate to modestly extend the briefing schedule for the Plaintiffs to file a response to the Defendant's Objection to the Magistrate Judge's Order. (Docs. 192 and 200.) This is the first stipulation requesting an extension of

1

time to extend the deadline to respond to the Defendant's Objection. (Doc. 200.) Plaintiffs' response to Defendant's Objection is currently due November 18, 2021 and this request seeks an extension to December 1, 2021. In support thereof, the Plaintiffs and BOFA represent as follows:

The Plaintiffs require additional time because in addition to their response to BOFA's objections to this Court's Rule 30(b)(6) Order, any objection to the Court's Report and Recommendation on Plaintiffs' motion for leave to file a first amended complaint must also be filed on November 18, 2021. (Docs. 166 and 203.) Additionally, a person in Atty. Bernhoft's immediate family will undergo surgery on November 17, 2021, and he will be unavailable for a period of time before and after that surgery. For these reasons the Plaintiffs require an extension of time to file their response to BOFA's objections to this Court's Rule 30(b)(6) order.

Plaintiffs' counsel contacted BOFA's counsel and discussed extending the briefing deadline. Based on those discussions, the Parties stipulate to an extended deadline for Plaintiffs to respond to BOFA's Objection to the Magistrate Judge's Order to December 1, 2021. (Doc. 200.) The Parties agree that the foregoing constitutes good cause to extend the briefing schedule deadlines.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 9, 2021 | Dated: November 9, 2021 |
| THE BERNHOFT LAW FIRM, S.C. | SNELL & WILMER, L.L.P. |
| | |
| /s/ Daniel J. Treuden | /s/ Holly E. Cheong |
| Daniel J. Treuden, Esq. | Amy F. Sorenson (NV Bar 12495) |
| Wisconsin Bar No. 1052766 | Blakeley E. Griffith, Esq. (NV Bar 12386) |
| 1402 E. Cesar Chavez Street | Holly E. Cheong (NV Bar 11936) |
| Austin, Texas 78702 | 3883 Howard Hughes Pkwy, Ste. 1100 |
| | Las Vegas, Nevada 89169 |
| Attorney for Plaintiffs | |
| Appearing *pro hac vice* | *Attorneys for Bank of America, N.A.* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 16th day of November, 2021.

2

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _____

**Certificate of Service**

I hereby certify that on November 9, 2021, I electronically filed and served the foregoing second JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S ORDER [ECF NO. 192] with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

                                                               */s/ Daniel J. Treuden*
                                                               Daniel J. Treuden
                                                               Attorney for Plaintiffs