1  Amy F. Sorenson, Esq.
   Nevada Bar No. 12495
2  Blakeley E. Griffith, Esq.
   Nevada Bar No. 12386
3  Holly E. Cheong, Esq.
   Nevada Bar No. 11936
4  SNELL & WILMER L.L.P.
5  3883 Howard Hughes Pkwy, #1100
   Las Vegas, Nevada  89169
6  Telephone: 702-784-5200
   Facsimile: 702-784-5252
7      Email: asorenson@swlaw.com
8             bgriffith@swlaw.com
              hcheong@swlaw.com
9
   *Attorneys for Defendant Bank of America, N.A.*
10
                    **UNITED STATES DISTRICT COURT**
11
                         **DISTRICT OF NEVADA**
12
   RICHARD ZEITLIN, ADVANCED          Case No.: 2:18-cv-01919-RFB-BNW
13 TELEPHONY CONSULTANTS, MRZ
   MANAGEMENT, LLC, DONOR             **STIPULATION AND ORDER TO**
14 RELATIONS, LLC, TPFE, INC., AMERICAN   **EXTEND TIME TO FILE RESPONSE**
   TECHNOLOGY SERVICES, COMPLIANCE    **TO AND REPLY IN SUPPORT OF**
15 CONSULTANTS, CHROME BUILDERS       **PLAINTIFFS' REFILED SECOND**
   CONSTRUCTION, INC., and UNIFIED    **MOTION TO COMPEL DISCOVERY**
16 DATA SERVICES,                     **AND FOR SANCTIONS**

17                    Plaintiffs,      **(FOURTH REQUEST)**

18 v.

19 BANK OF AMERICA, N.A., and JOHN and
   JANE DOES 1-100,
20
                      Defendants.
21

22        Pursuant to Local Rules IA 6-1, 7-1, and 7-2, Plaintiffs Richard Zeitlin; Advanced

23 Telephony Consultants; MRZ Management, LLC; Donor Relations, LLC; TPFE, Inc.; American

24 Technology Services; Compliance Consultants; Chrome Builders Construction, Inc.; and Unified

25 Data Services (the "Plaintiffs") and Defendant Bank of America, N.A. ("BANA"), by and

26 through their respective undersigned counsel of record, submit this Stipulation and Proposed

27 Order for a 8-day extension of BANA's deadline to file its response to Plaintiffs' Refiled Second

28 Motion to Compel Discovery and For Sanctions (ECF No. 195) (the "Motion"). The Motion was

*(vertical left margin text)* Snell & Wilmer L.L.P. LAW OFFICES 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 702-784-5200

4867-0330-2148

filed on October 25, 2021, under seal, and is set for hearing on January 6, 2022.  The Parties request an extension from November 22, 2021, BANA's current deadline to respond, to November 30, 2021.  This is the Parties' fourth request for an extension of the briefing deadlines for the Motion.

The Parties also request that the deadline for Plaintiffs to file a reply in support of their Motion be extended to December 15, 2021.  Plaintiffs' current deadline to file a reply is December 6, 2021.

This request for an extension is not intended to cause any delay or prejudice to any party. The reason for the extension is to give the counsel time to evaluate and respond to the arguments set forth in the Motion and BANA's response to the Motion in light of certain unavoidable and largely unexpected personal scheduling conflicts, and to account for the intervening Thanksgiving holiday.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for BANA to file their response to the Motion is extended to and through November 30, 2021 and the time for Plaintiffs to file their reply in support of the Motion is extended to and through December 15, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784-5200

- 2 -

**IT IS SO STIPULATED**.

Dated:  November 17, 2021

Dated:  November 17, 2021

THE BERNHOFT LAW FIRM, S.C.

SNELL & WILMER L.L.P.

 */s/ Daniel J. Treuden*
Robert G. Bernhoft, Esq.
Admitted *Pro Hac Vice*
Wisconsin Bar No. 1032777
Thomas E. Kimble, Esq.
Admitted *Pro Hac Vice*
Illinois Bar No. 6257935
Daniel James Treuden, Esq.
Wisconsin Bar No. 1052766
1402 E. Cesar Chavez Street
Austin, Texas 78702

 */s/ Holly E. Cheong*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Bank of America, N.A.*

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada  89129

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

**RICHARD E. BOULWARE, II**
**United States District Court**

DATED this 17th day of November, 2021.

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702/784-5200

- 3 -

4867-0330-2148

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

### **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AND REPLY IN SUPPORT OF PLAINTIFFS' REFILED SECOND MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS (FOURTH REQUEST)** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: November 17, 2021

 */s/  Jeanne Forrest*
An Employee of Snell & Wilmer L.L.P.

- 4 -

4867-0330-2148