Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
bgriffith@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No.: 2:18-cv-01919-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DENYING PLAINTIFFS' MOTION TO AMEND AND SUPPLEMENT COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, IB 3-2, 7-1, and 7-2, Plaintiffs Richard Zeitlin; Advanced Telephony Consultants; MRZ Management, LLC; Donor Relations, LLC; TPFE, Inc.; American Technology Services; Compliance Consultants; Chrome Builders Construction, Inc.; and Unified Data Services (the "Plaintiffs") and Defendant Bank of America, N.A. ("BANA"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order for a 2-week extension of BANA's deadline to file its response to Plaintiffs' Objection to Magistrate Judge's Report and Recommendation Denying Plaintiffs' Motion to Amend and

4868-3621-8117

1  Supplement Complaint (ECF No. 214) (the "Objection"). The Objection was filed on November
2  18, 2021. No hearing date is set. The Parties request an extension from December 2, 2021,
3  BANA's current deadline to respond, to December 16, 2021.
4        This is the Parties' first request for an extension of the briefing deadlines for the Objection
5  and is not intended to cause any delay or prejudice to any party. The reason for the extension is to
6  give the Parties time to evaluate and respond to the arguments set forth in the Objection.
7        IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time
8  for BANA to file their response to the Objection is extended to and through December 16, 2021.
9  **IT IS SO STIPULATED**.

Dated:  December 1, 2021                                  Dated:  December 1, 2021

THE BERNHOFT LAW FIRM, S.C.                               SNELL & WILMER L.L.P.

 /s/ Daniel James Treuden                                  /s/ Holly E. Cheong
Robert G. Bernhoft, Esq.                                  Amy F. Sorenson, Esq.
Admitted *Pro Hac Vice*                                   Nevada Bar No. 12495
Wisconsin Bar No. 1032777                                 Blakeley E. Griffith, Esq.
Thomas E. Kimble, Esq.                                    Nevada Bar No. 12386
Admitted *Pro Hac Vice*                                   Holly E. Cheong, Esq.
Illinois Bar No. 6257935                                  Nevada Bar No. 11936
Daniel James Treuden, Esq.                                3883 Howard Hughes Parkway, Suite 1100
Wisconsin Bar No. 1052766                                 Las Vegas, NV 89169
1402 E. Cesar Chavez Street
Austin, Texas 78702                                       *Attorneys for Defendant Bank of America, N.A.*

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada  89129

*Attorneys for Plaintiffs*

                            **IT IS SO ORDERED.**

                            _____
                            RICHARD E. BOULWARE, II
                            United States District Court

      DATED this 7th day of December, 2021.

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702-784-5200

4868-3621-8117

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DENYING PLAINTIFFS' MOTION TO AMEND AND SUPPLEMENT COMPLAINT (FIRST REQUEST)** with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: December 1, 2021

            */s/ Maricris Williams*
            An Employee of Snell & Wilmer L.L.P.

4868-3621-8117