**DANIEL J. TREUDEN, ESQ**
Wisconsin Bar No. 1052766
**THE BERNHOFT LAW FIRM, S.C.**
1402 E. Cesar Chavez Street
Austin, Texas 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
djtreuden@bernhoftlaw.com

**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Avenue, #210
(702) 906-1300 office
(702) 366-1857: facsimile
efile@hansenlawyers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES, <br><br>Plaintiffs, <br><br>v. <br><br>BANK OF AMERICA, N.A. and JOHN and JANE DOES 1-100, <br><br>Defendants. | Case No. 2:18-cv-01919-RFB-BNW <br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S ORDER [ECF NO. 192]** <br>**(Fourth Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, 7-1, and IB 3-1, Plaintiffs Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services, (hereinafter the "Plaintiffs"), and the Defendant Bank of America (hereinafter "BOFA"), by and through their respective attorneys of record, hereby jointly stipulate to extend the briefing schedule for the Plaintiffs to file a response to the Defendant's Objection to the Magistrate Judge's Order. (Docs. 192 and 200.) This is the fourth stipulation requesting an extension of time to extend the deadline to

respond to the Defendant's Objection. (Doc. 200.) Plaintiffs' response to Defendant's Objection was originally due November 18, 2021. Prior stipulations extended the deadline to December 1, 2021, then to December 6, 2021, and then to December 15, 2021. (Docs. 211, 217, and 227.) This request seeks an extension to December 30, 2021. In support thereof, the Plaintiffs and BOFA represent as follows:

The Plaintiffs require additional time because of numerous converging deadlines that have made it difficult to adequately respond under the current briefing schedule. For this reason, the Plaintiffs require an extension of time to file their response to BOFA's objections to this Court's Rule 30(b)(6) order.

Plaintiffs' counsel contacted BOFA's counsel and discussed extending the briefing deadline. Based on those discussions, the Parties stipulate to extend the deadline for Plaintiffs to respond to BOFA's Objection to the Magistrate Judge's Order to December 30, 2021. (Doc. 200.) The Parties agree that the foregoing constitutes good cause to extend the briefing schedule deadlines.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: December 13, 2021 | Dated: December 13, 2021 |
| THE BERNHOFT LAW FIRM, S.C. | SNELL & WILMER, L.L.P. |
| | |
| /s/ Daniel J. Treuden | /s/ Holly E. Cheong |
| Daniel J. Treuden, Esq. | Amy F. Sorenson (NV Bar 12495) |
| Wisconsin Bar No. 1052766 | Blakeley E. Griffith, Esq. (NV Bar 12386) |
| 1402 E. Cesar Chavez Street | Holly E. Cheong (NV Bar 11936) |
| Austin, Texas 78702 | 3883 Howard Hughes Pkwy, Ste. 1100 |
| | Las Vegas, Nevada 89169 |
| Attorney for Plaintiffs | |
| Appearing *pro hac vice* | *Attorneys for Bank of America, N.A.* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: February 14, 2021.

2