ROBERT G. BERNHOFT, ESQ
Wisconsin Bar No. 1032777
**THE BERNHOFT LAW FIRM, S.C.**
1402 E. Cesar Chavez Street
Austin, Texas 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
rgbernhoft@bernhoftlaw.com

**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Avenue, #210
(702) 906-1300 office
(702) 366-1857: facsimile
efile@hansenlawyers.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No. 2:18-cv-01919-RFB-BNW<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S ORDER [ECF NO. 192]**<br>**(Fifth Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, 7-1, and IB 3-1, Plaintiffs Richard Zeitlin, Advanced Telephony Consultants, MRZ Management, LLC, Donor Relations, LLC, TPFE, Inc., American Technology Services, Compliance Consultants, Chrome Builders Construction, and Unified Data Services, (hereinafter the "Plaintiffs"), and the Defendant Bank of America (hereinafter "BOFA"), by and through their respective attorneys of record, hereby jointly stipulate to extend the briefing schedule for the Plaintiffs to file a response to the Defendant's Objection to the Magistrate Judge's Order. (Docs. 192 and 200.) This is the fifth stipulation requesting an extension of time to extend the deadline to

1

respond to the Defendant's Objection. (Doc. 200.) Plaintiffs' response to Defendant's Objection was originally due November 18, 2021. Prior stipulations extended the deadline to December 1, 2021, then to December 6, 2021, then to December 15, 2021, and current due date of December 30, 2021. (Docs. 211, 217, 227, and 230.) This request seeks an extension to January 11, 2022. In support thereof, the Plaintiffs and BOFA represent as follows:

    This stipulation for an extension is not intended to cause undue delay. A longtime family friend of Attorney Robert Bernhoft passed away, and he will be out of the office next week to attend that funeral. Attorney Bernhoft is lead drafter on this response and needs the additional time to adequately respond under the current briefing schedule and personal conflict. For this reason, the Plaintiffs require an extension of time to file their response to BOFA's objections to this Court's Rule 30(b)(6) order.

    Plaintiffs' counsel contacted BOFA's counsel and discussed extending the briefing deadline. Based on those discussions, the Parties stipulate to extend the deadline for Plaintiffs to respond to BOFA's Objection to the Magistrate Judge's Order to January 11, 2022. The Parties agree that the foregoing constitutes good cause to extend the briefing schedule deadlines.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: December 22, 2021 | Dated: December 22, 2021 |
| THE BERNHOFT LAW FIRM, S.C. | SNELL & WILMER, L.L.P. |
| /s/ Robert G. Bernhoft | /s/ Holly E. Cheong |
| Robert G. Bernhoft, Esq. | Amy F. Sorenson (NV Bar 12495) |
| Wisconsin Bar No. 1032777 | Blakeley E. Griffith, Esq. (NV Bar 12386) |
| 1402 E. Cesar Chavez Street | Holly E. Cheong (NV Bar 11936) |
| Austin, Texas 78702 | 3883 Howard Hughes Pkwy, Ste. 1100 |
| | Las Vegas, Nevada 89169 |
| Attorney for Plaintiffs | |
| Appearing *pro hac vice* | *Attorneys for Bank of America, N.A.* |

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 28th day of December, 2021.

2

**Certificate of Service**

I hereby certify that on December 22, 2021, I electronically filed and served the foregoing third JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S ORDER [ECF NO. 192] with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

        /s/ Robert G. Bernhoft
Robert G. Bernhoft
Attorney for Plaintiffs

3