Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
        bgriffith@swlaw.com
        hcheong@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., UNIFIED DATA SERVICES; | Case No.: 2:18-cv-01919-RFB-BNW |
| Plaintiffs, | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| v. | |
| BANK OF AMERICA, N.A. and JOHN AND JANE DOES 1-100, | |
| Defendants. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702-784-5200

1    SNELL & WILMER L.L.P. hereby requests that the following attorney be removed from

2    the CM/ECF service list as he is no longer associated with this matter:

3    • Wayne Klomp

4

5    Dated:  October 4, 2022                              SNELL & WILMER L.L.P.

6                                                          */s/ Holly E. Cheong*
                                                          Amy F. Sorenson, Esq.
7                                                          Nevada Bar No. 12495
                                                          Blakeley E. Griffith, Esq.
8                                                          Nevada Bar No. 12386
                                                          Holly E. Cheong, Esq.
9                                                          Nevada Bar No. 11936
                                                          3883 Howard Hughes Parkway, Suite 1100
10                                                         Las Vegas, NV 89169
                                                          *Attorneys for Defendant Bank of America,*
11                                                         *N.A.*

12

13

14                                              **ORDER**
                                                **IT IS SO ORDERED**
15
                                                **DATED:** 5:50 pm, October 05, 2022
16

17

18                                              **BRENDA WEKSLER**
                                                **UNITED STATES MAGISTRATE JUDGE**
19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: October 4, 2022.

 /s/ Maricris Williams
An Employee of Snell & Wilmer L.L.P.

4867-0950-4054