Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
    Email: asorenson@swlaw.com
           bgriffith@swlaw.com
           hcheong@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100,<br><br>    Defendants. | Case No.: 2:18-cv-01919-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO PRODUCE DOCUMENTS IN RESPONSE TO COURT'S ORDER PARTIALLY GRANTING PLAINTIFFS' MOTION TO COMPEL, ECF NO. 257**<br><br>**(FIRST REQUEST)** |

Plaintiffs Richard Zeitlin; Advanced Telephony Consultants; MRZ Management, LLC; Donor Relations, LLC; TPFE, Inc.; American Technology Services; Compliance Consultants; Chrome Builders Construction, Inc.; and Unified Data Services (the "Plaintiffs") and Defendant Bank of America, N.A. ("BANA"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order for a 1-week extension of BANA's deadline to produce certain documents in response to this Court's Order partially granting Plaintiffs' Motion

to Compel (ECF No. 257) (the "Order"). This is the Parties' first request for an extension of the production deadline for the Order and is not intended to cause any delay or prejudice to any party.

The Order was filed on October 3, 2022, and ordered BANA to produce certain documents within 30 days. (ECF No. 257 at 4:12.) The Parties request an extension from November 2, 2022, BANA's current deadline to produce documents, to November 9, 2022.

The reason for the extension is to give the Parties time to discuss their understanding of the Order as Plaintiffs' counsel just recently returned from an overseas trip.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for BANA to produce documents pursuant to the Order is extended to and through November 9, 2022.

**IT IS SO STIPULATED**.

Dated: October 27, 2022

THE BERNHOFT LAW FIRM, S.C.

 /s/ Robert G. Bernhoft
Robert G. Bernhoft, Esq.
Admitted *Pro Hac Vice*
Wisconsin Bar No. 1032777
Thomas E. Kimble, Esq.
Admitted *Pro Hac Vice*
Illinois Bar No. 6257935
Daniel James Treuden, Esq.
Wisconsin Bar No. 1052766
1402 E. Cesar Chavez Street
Austin, Texas 78702

Joel F. Hansen, Esq.
Nevada Bar No. 1876
Hansen & Hansen, LLC
9030 W. Cheyenne Avenue, #210
Las Vegas, Nevada 89129
*Attorneys for Plaintiffs*

Dated: October 27, 2022

SNELL & WILMER L.L.P.

 /s/ Blakeley E. Griffith
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Bank of America, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 28, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO PRODUCE DOCUMENTS IN RESPONSE TO COURT'S ORDER PARTIALLY GRANTING PLAINTIFFS' MOTION TO COMPEL, ECF NO. 257 (FIRST REQUEST)** with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: October 27, 2022

   */s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.