Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
　　　Email: asorenson@swlaw.com
　　　　　　bgriffith@swlaw.com
　　　　　　hcheong@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., and UNIFIED DATA SERVICES,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and JOHN and JANE DOES 1-100,<br><br>　　　　　　　　Defendants. | Case No.: 2:18-cv-01919-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO PRODUCE DOCUMENTS IN RESPONSE TO COURT'S ORDER PARTIALLY GRANTING PLAINTIFFS' MOTION TO COMPEL, ECF NO. 257**<br><br>**(SECOND REQUEST)** |

　　　　Plaintiffs Richard Zeitlin; Advanced Telephony Consultants; MRZ Management, LLC; Donor Relations, LLC; TPFE, Inc.; American Technology Services; Compliance Consultants; Chrome Builders Construction, Inc.; and Unified Data Services (the "Plaintiffs") and Defendant Bank of America, N.A. ("BANA"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order for a one-week extension of BANA's deadline to produce certain documents in response to this Court's Order partially granting Plaintiffs' Motion to Compel (ECF No. 257) (the "Order"). This is the Parties' second request for an extension of

4854-3487-9805

the production deadline for the Order and is not intended to cause any delay or prejudice to any party.

The Order was filed on October 3, 2022, and ordered BANA to produce certain documents within 30 days. (ECF No. 257 at 4:12.)  The Parties obtained an extension from November 2, 2022, the initial deadline, to November 9, 2022.  (ECF No. 264.)  The Parties request another one-week extension until November 16, 2022.

The reason for the extension is the Parties discussed their understanding of the Order on November 1, 2022, after Plaintiffs' counsel returned from multiple trips.  The Parties have come to an understanding on the parameters of the document production, which differed from BANA's initial understanding.  For this reason, BANA needs additional time to finalize the document production.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time
2  for BANA to produce documents pursuant to the Order is extended to and through November 16,
3  2022.
4  **IT IS SO STIPULATED**.
5  Dated: November 4, 2022                              Dated: November 4, 2022

6  THE BERNHOFT LAW FIRM, S.C.                          SNELL & WILMER L.L.P.

7   /s/ Robert G. Bernhoft                               /s/ Blakeley E. Griffith
8  Robert G. Bernhoft, Esq.                             Amy F. Sorenson, Esq.
   Admitted *Pro Hac Vice*                              Nevada Bar No. 12495
9  Wisconsin Bar No. 1032777                            Blakeley E. Griffith, Esq.
   Thomas E. Kimble, Esq.                               Nevada Bar No. 12386
10 Admitted *Pro Hac Vice*                              Holly E. Cheong, Esq.
   Illinois Bar No. 6257935                             Nevada Bar No. 11936
11 Daniel James Treuden, Esq.                           3883 Howard Hughes Parkway, Suite 1100
   Wisconsin Bar No. 1052766                            Las Vegas, NV 89169
12 1402 E. Cesar Chavez Street                          *Attorneys for Defendant Bank of America,*
13 Austin, Texas 78702                                  *N.A.*

14 Joel F. Hansen, Esq.
   Nevada Bar No. 1876
15 Hansen & Hansen, LLC
   9030 W. Cheyenne Avenue, #210
16 Las Vegas, Nevada  89129
17 *Attorneys for Plaintiffs*

18                                                     **IT IS SO ORDERED.**
19
20                                                     _____
                                                       UNITED STATES MAGISTRATE JUDGE
21                                                     DATED: November 7, 2022

- 3 -

4854-3487-9805

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO PRODUCE DOCUMENTS IN RESPONSE TO COURT'S ORDER PARTIALLY GRANTING PLAINTIFFS' MOTION TO COMPEL, ECF NO. 257 (SECOND REQUEST)** with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: November 4, 2022

                                         */s/ Maricris Williams*
                                         An Employee of Snell & Wilmer L.L.P.

4854-3487-9805