Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Erin M. Gettel, Esq.
Nevada Bar No. 13877
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
       bgriffith@swlaw.com
       egettel@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, ADVANCED TELEPHONY CONSULTANTS, MRZ MANAGEMENT, LLC, DONOR RELATIONS, LLC, TPFE, INC., AMERICAN TECHNOLOGY SERVICES, COMPLIANCE CONSULTANTS, CHROME BUILDERS CONSTRUCTION, INC., UNIFIED DATA SERVICES;<br><br>          Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and JOHN AND JANE DOES 1-100,<br><br>          Defendants. | Case No.: 2:18-cv-01919-RFB-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702-784-5200

SNELL & WILMER L.L.P. hereby requests that the following attorney be removed from the CM/ECF service list as she is no longer associated with this matter:

- Holly E. Cheong

Dated:  December 7, 2022                              SNELL & WILMER L.L.P.

 _/s/ Blakeley E. Griffith_
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Erin M. Gettel, Esq.
Nevada Bar No. 13877
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Bank of America, N.A.*

## ORDER
**IT IS SO ORDERED**

**DATED:** 12:00 pm, December 08, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702/784-5200

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: December 7, 2022.

 /s/ Maricris Williams
An Employee of Snell & Wilmer L.L.P.

4877-7139-7695

- 3 -